## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------- x

MONTVALE SURGICAL CENTER, LLC,  :
a/s/o GRIFFIN BINKO,  :
                                                          :
                              Plaintiff(s),  :
                                                        :

v.  :
                                                              :

HORIZON BLUE CROSS BLUE  :
SHIELD OF NJ, INC.; NOVARTIS  :
PHARMACEUTICALS CORPORATION;  :
ABC CORP. (1-10) (said names being  :
fictitious and unknown entities),  :
                                                          :
                             Defendant(s).  :

------------------------------------------------------- x

Hon. Esther Salas, U.S.D.J.
Case No. 12-cv-4166-ES-CLW

*Civil Action*

**STIPULATION AND CONSENT ORDER**

**Document Electronically Filed**

      IT IS HEREBY STIPULATED BY, Plaintiffs and Defendants Novartis Pharmaceuticals Corporation and Horizon Blue Cross Blue Shield of New Jersey that Plaintiffs Motion to File an Amended Complaint, which is currently returnable on January 7, 2013, be returnable on January 22, 2013.

Dated: December 26, 2012

                              *s/ Andrew R. Brosnick, Esq.*
                              Andrew R. Bronsnick, Esq.
                              MASSOOD & BROSNICK, LLC
                              *Attorneys for Plaintiffs*
                              *Montvale Surgical Center, LLC a/s/o Griffin Binko*

                              *s/ Matthew A. Baker, Esq.*
                              Matthew A. Baker, Esq.
                              CONNELL FOLEY LLP
                              *Attorneys for Defendant*
                              *Horizon Blue Cross Blue Shield of*
                              *New Jersey*

                              *s/ Jocelyn A. Merced, Esq.*
                              Jocelyn A. Merced, Esq.
                              Edward Cerasia, Esq.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*


So Ordered this _____ day of December, 2012.


_____

Hon. Esther Salas, U.S.D.J.


14001069.1 (OGLETREE)