UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------- x
MONTVALE SURGICAL CENTER, LLC, :     Hon. Esther Salas, U.S.D.J.
a/s/o GRIFFIN BINKO,                           :     Case No. 12-cv-4166-ES-CLW

             Plaintiff(s),            :     *Civil Action*

v.                                                  :     **STIPULATION AND CONSENT ORDER**

HORIZON BLUE CROSS BLUE              :     **Document Electronically Filed**
SHIELD OF NJ, INC.; NOVARTIS         :
PHARMACEUTICALS CORPORATION; :
ABC CORP. (1-10) (said names being    :
fictitious and unknown entities),         :

             Defendant(s).         :
------------------------------------------------------- x

IT IS HEREBY STIPULATED BY, Plaintiffs and Defendants Novartis Pharmaceuticals Corporation and Horizon Blue Cross Blue Shield of New Jersey that Plaintiffs Motion to File an Amended Complaint, which is currently returnable on January 7, 2013, be returnable on January 22, 2013.

Dated: December 26, 2012

                            *s/ Andrew R. Brosnick, Esq.*
                            Andrew R. Bronsnick, Esq.
                            MASSOOD & BROSNICK, LLC
                            *Attorneys for Plaintiffs*
                            *Montvale Surgical Center, LLC a/s/o Griffin Binko*

                            *s/ Matthew A. Baker, Esq.*
                            Matthew A. Baker, Esq.
                            CONNELL FOLEY LLP
                            *Attorneys for Defendant*
                            *Horizon Blue Cross Blue Shield of*
                            *New Jersey*

                            *s/ Jocelyn A. Merced, Esq.*
                            Jocelyn A. Merced, Esq.
                            Edward Cerasia, Esq.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

So Ordered this 2nd day of January, 2013

_____
Hon. ~~Esther Salas, U.S.D.J.~~
Steven C. Mannion, U.S.M.J.

14001069.1 (OGLETREE)