Edward Cerasia II
Jocelyn A. Merced
**OGLETREE, DEAKINS, NASH,**
 **SMOAK & STEWART, P.C.**
1745 Broadway, 22nd Floor
New York, New York 10019
Phone: 212-492-2502
Fax: 212-492-2501
edward.cerasia@odnss.com
jocelyn.merced@odnss.com
Attorneys for Defendant Novartis Pharmaceuticals Corporation

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MONTVALE SURGICAL CENTER, LLC, a/s/o GRIFFIN BINKO, | : : : | Hon. Esther Salas, U.S.D.J. Case No. 12-cv-4166-ES-CLW |
| Plaintiff(s), | : : | *Civil Action* |
| v. | : : | |
| HORIZON BLUE CROSS BLUE SHIELD OF NJ, INC.; NOVARTIS PHARMACEUTICALS CORPORATION; ABC CORP. (1-10) (said names being fictitious and unknown entities), | : : : : : : | **CERTIFICATION OF EDWARD CERASIA II IN SUPPORT OF DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT** |
| Defendant(s). | : | |

I, Edward Cerasia II, Esq., being of full age, certify and state as follows:

1. I am a Shareholder with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for defendant Novartis Pharmaceuticals Corporation ("NPC"). I submit this Certification in support of NPC's Opposition to plaintiff Montvale Surgical Center's ("MSC") Motion for Leave to Amend the Complaint.

2. Attached as Exhibit A is a true and correct copy of the relevant portions of NPC's Summary Plan Description.

3. Attached as Exhibit B is a true and correct copy of MSC's first appeal to Horizon Blue Cross Blue Shield of New Jersey ("HBCBS"), dated September 17, 2010.

4. Attached as Exhibit C is a true and correct copy of HBCBS's response to MSC's first level appeal, dated November 3, 2010.

5. Attached as Exhibit D is a true and correct copy of MSC's second appeal to HBCBS, dated December 29, 2010.

6. Attached as Exhibit E is a true and correct copy of HBCBS's response to MSC's second level appeal, dated June 14, 2011.

7. Attached as Exhibit F is a true and correct copy of the opinion in *Advanced Rehabilitation, LLC v. United Health Group, Inc.*, 2012 U.S. App. LEXIS 20050 (3d Cir. 2012).

8. Attached as Exhibit G is a true and correct copy of the opinion in *Ford Motor Co. v. Edgewood Properties, Inc.*, 2009 WL 150951 (D.N.J. 2009).

9. Attached as Exhibit H is a true and correct copy of the opinion in *Theodossiou v. Commerce Bank, N.A.*, 2007 WL 1071961 (D.N.J. 2007).

10. Attached as Exhibit I is a true and correct copy of the opinion in *Lascaris v. Griffin Investigations, Inc.*, 2006 WL 54342 (D.N.J. 2006).

11. Attached as Exhibit J is a true and correct copy of the opinion in *Schmelzle v. UNUM Life Ins. Co. of Am.*, 2008 U.S. Dist. LEXIS 63627 (D.N.J. 2008).

I hereby certify under penalty of perjury that the foregoing statements are true and correct. Executed on January 8, 2012.

By /s/ Edward Cerasia II  
Edward Cerasia II