# EXHIBIT A

# Medical Plan Summary Plan Description

January 2012

For eligible employees who participate in the benefit programs of:

- Novartis Pharmaceuticals Corporation
- Novartis Institutes for BioMedical Research, Inc.
- Novartis Corporation
- Novartis Clinical Operations, Inc.
- Novartis Federal Credit Union
- Novartis Services, Inc.
- Novartis Finance Corporation
- Novartis Vaccines and Diagnostics, Inc.
- Protez Pharmaceuticals, Inc.
- Genoptix, Inc.
- Latin America Services, Inc.
- Cartesian Medical Group, Inc.

If you have a life-threatening sickness or condition (one which is likely to cause death within one year of the request for treatment) Horizon BCBSNJ may, in its discretion, determine that an experimental or investigational service meets the definition of a covered health service for that sickness or condition. For this to take place, Horizon BCBSNJ must determine that the procedure or treatment is promising, but unproven, and that the service uses a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.

- **Home Health Agency.** A program or organization authorized by law to provide health care services in the home.
- **Hospital.** This is an institution, operated as required by law, that meets these conditions:
  o It is primarily engaged in providing health services, on an inpatient basis, for the acute care and treatment of injured or sick individuals. Care is provided through medical, diagnostic and surgical facilities, by or under the supervision of a staff of doctors.
  o It has 24 hour nursing services.

A hospital is not primarily a place for rest, custodial care or care of the aged and is not a nursing home, convalescent home or similar institution.

- **Injury.** This includes bodily damage other than sickness, including all related conditions and recurrent symptoms.
- **Inpatient Rehabilitation Facility.** A hospital (or a special unit of a hospital that is designated as an inpatient rehabilitation facility) that provides rehabilitation health services (physical therapy, occupational therapy and/or speech therapy) on an inpatient basis, as authorized by law.
- **Inpatient Stay.** An uninterrupted confinement, following formal admission to a hospital, skilled nursing facility or inpatient rehabilitation facility.
- **Medically Necessary.** Horizon BCBSNJ determines whether nor not covered services and supplies are medically necessary only to determine benefits under the plan. No benefits are payable unless Horizon BCBSNJ determines the services or supplies are medically necessary.
- **Mental Health Services.** Covered health services for the diagnosis and treatment of mental illnesses. The fact that a condition is listed in the current Diagnostic and Statistical Manual of the American Psychiatric Association does not mean that treatment for the condition is a covered health service.
- **Mental Health/Substance Abuse Designee.** The organization or individual, designated by Horizon BCBSNJ, that provides or arranges mental health services and substance abuse services for which benefits are payable under the plan.
- **Mental Illness.** Those mental health or psychiatric diagnostic categories that are listed in the current Diagnostic and Statistical Manual of the American Psychiatric Association, unless those services are specifically excluded under the plan.
- **Network.** When used to describe a provider of health care services, this means a provider who has a participation agreement in effect with the claim administrator or an affiliate (directly or through one or more other organizations) to provide covered health services to covered persons. A provider may enter into an agreement to provide only certain covered health services, but not all covered health services, or to be a network provider for only some of our products. In this case, the provider will be a network provider for the health services and products included in the participation agreement, and a non-network provider for other health Services and products. The participation status of providers will change from time to time.
- **Network Benefits.** Benefits for covered health services that are provided by a network physician or other network provider.
- **Out-of-Network Benefits.** Benefits for covered health services that are provided by a non-network physician or other non-network provider.

- **Unproven Services.** These are services that are not consistent with conclusions of prevailing medical research which demonstrate that the health service has a beneficial effect on health outcomes and that are not based on trials that meet either of the following designs.
  - o  Well-conducted randomized controlled trials. (Two or more treatments are compared to each other, and the patient is not allowed to choose which treatment is received.)
  - o  Well-conducted cohort studies. (Patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group.)

Decisions about whether to cover new technologies, procedures and treatments will be consistent with conclusions of prevailing medical research, based on well-conducted randomized trials or cohort studies, as described.

If you have a life-threatening sickness or condition (one that is likely to cause death within one year of the request for treatment) Horizon BCBSNJ and the claims administrator may, in our discretion, determine that an unproven service meets the definition of a covered health service for that sickness or condition. For this to take place, Horizon BCBSNJ and the claims administrator must determine that the procedure or treatment is promising, but unproven, and that the service uses a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.

- **Urgent Care Center.** A facility, other than a hospital, which provides covered health services that are required to prevent serious deterioration of your health, and that are required as a result of an unforeseen sickness, injury, or the onset of acute or severe symptoms.

# What Is Not Covered

In addition to any specific exclusion described in the preceding pages, and unless coverage is specifically provided by the plan, the PPO and indemnity options do not cover and do not pay benefits for expenses related to services or supplies that are not a covered expense, and drugs, treatment, or supplies considered investigational, unproven or experimental.

The plan will not pay benefits for any of the services, treatments, items, or supplies described in the following information, even if it is recommended or prescribed by a doctor or it is the only available treatment for your condition. The services, treatments, items, or supplies described under "What Is Not Covered" are not covered health services, except as may be otherwise specifically provided for under the plan.

## Alternative Treatments

- acupressure,
- aroma therapy,
- hypnotism,
- massage therapy,
- rolfing, or
- other forms of alternative treatment as defined by the Office of Alternative Medicine of the National Institutes of Health.

64

## Comfort or Convenience Items

- television,
- telephone,
- beauty/barber service,
- guest service,
- supplies, equipment and similar incidental services and supplies for personal comfort. (examples include air conditioners, air purifiers and filters, batteries and battery chargers, dehumidifiers, and humidifiers),
- devices and computers to assist in communication and speech, or
- home remodeling to accommodate a health need (such as, but not limited to, ramps and swimming pools).

## Dental

- dental care (except as described under "Dental")
- preventive care, diagnosis, treatment of or related to the teeth, jawbones or gums (examples include extraction, restoration and replacement of teeth, medical or surgical treatments of dental conditions, and services to improve dental clinical outcomes)
- dental implants
- dental braces
- dental X-rays, supplies and appliances and all related expenses, including hospitalizations and anesthesia (the only exceptions to this are medical conditions where medical necessity requires inpatient or outpatient service or the direct treatment of acute traumatic Injury, cancer or cleft palate)
- treatment of congenitally missing, malpositioned, or super numerary teeth, even if part of a congenital anomaly.

## Drugs

Except as described under other portions of the plan and the prescription drug program ("The Prescription Drug Program"), the plan does not cover:

- prescription drug products for outpatient use that are filled by a prescription order or refill
- injectable drugs that can be self administered will only be covered under the prescription drug program if purchased through Medco's Special Care Pharmacy
- non-injectable medications given in a doctor's office except as required in an emergency
- over-the-counter drugs and treatments.

## Experimental, Investigational, or Unproven Services

Experimental, investigational, and unproven services are excluded. The fact that an experimental or investigational service or an unproven service, treatment, device, or pharmacological regimen is the only available treatment for a particular condition will not result in benefits being paid if the procedure is considered to be experimental or investigational or unproven in the treatment of that particular condition.

# EXHIBIT B

Precision Billing LLC • 80 West Madison Avenue • Dumont, NJ 07628 • (201)501-8500

Date: 09-17-2010

Horizon
PO Box 199
Newark NJ 07101

Patient: Griffin Binko

DOB: 08/16/1988

ID: NVP3H2N08017100

Practice: In Balance Health LLC

Treating Provider: Rick O. Lambert MD

Enclosed you will find claim forms that are being resubmitted as an appeal for processing.

**These claims are not duplicate.**  The enclosed are:

_____        corrected claims

_____        being refilled to correct an error in processing.

___X___        sent with progress notes to establish medical necessity.


___X___        Other:  Spinal Manipulation under anesthesia and all other manipulations under anesthesia or not experimental and investigational.  An experimental procedure is very easily addressed in the AMA CPT codebook of reimbursable procedures, in the introduction to that publication.  In order for a procedure to be included in the AMA CPT codebook of reimbursable procedures, it must first have undergone clinical validation by being used by same or similar practitioners for the same or similar conditions. It must then go through the review process by an 11-member panel that evaluates the outcomes of the procedure used by same or similar practitioners; the review panel then makes a recommendation that the procedure be included within the proper section of the codebook. This is then part of a recommendation review for publication in the codebook, and the procedure does not appear in this book unless it passes all of these reviews and evaluations

According to an April 2004 letter from the AMA regarding CPT code 22505, in response to Dr. Daniel West's (an advisory member of the National Academy of MUA Physicians) request for clarification of this procedure, the following is required of the CPT Advisory Committees and the CPT Editorial Panel for CPT publication as a category 1 procedure (which is what 22505 is listed as):

7010 0780 0000 1359 5857

Binko000001

Precision Billing LLC  •  80 West Madison Avenue • Dumont, NJ 07628  •  (201)501-8500

"That the service/procedure has received approval from the Food and Drug Administration (FDA) for the specific use of the device or drug;

"That the suggested procedure/service is a distinct service performed by many physicians/practitioners across the United States;

"That the clinical efficacy of the service/procedure is well established and documented in the United States per review literature;

"That the suggested service/procedure is neither a fragmentation of an existing procedure/service nor currently reportable by one or more existing codes; and

"That the suggested service/procedure is not requested as a means to report extraordinary circumstances related to the performance of a procedure/service already having a specific CPT code.

"Therefore, based upon the above information and in response to your specific question, Category 1 codes do not represent experimental or emerging technology"

An experimental procedure is very easily addressed in the AMA CPT codebook of reimbursable procedures, in the introduction to that publication. In order for a procedure to be included in the AMA CPT codebook of reimbursable procedures, it must first have undergone clinical validation by being used by same or similar practitioners for the same or similar conditions. It must then go through the review process by an 11-member panel that evaluates the outcomes of the procedure used by same or similar practitioners; the review panel then makes a recommendation that the procedure be included within the proper section of the codebook. This is then part of a recommendation review for publication in the codebook, and the procedure does not appear in this book unless it passes all of these reviews and evaluations.

Therefore, please reprocess claims in according with the 2004 AMA recommendation regarding Manipulation under Anesthesia accordingly.  FIRST LEVEL APPEAL

Thank you for your prompt attention.

Sincerely,

Kelly J. Langschultz
Billing Specialist

# *Precision* ❤️🖐️ *Billing*™
## & CONSULTING SERVICES, LLC

09, 17, 2010

**VIA CERTIFIED MAIL/RRR**

Horizon
PO Box 199
Newark NJ 07101

Re:   **Request for Experimental Procedure Policies/Plan Documents**
Patient Name: Griffin Binko
Benefit Plan: Horizon
Dates of Service: 7/8/10, 7/9/10, 7/10/10

Dear Sir/Madam:

Please accept this letter as notification of our authorization as representative to act on behalf of Griffin Binko in the above-referenced adverse benefit determinations. Attached is a copy of the authorization for your records.

This letter is also a request for additional information. It is our understanding that the above-referenced claim was denied pursuant to a plan exclusion related to experimental/investigational treatments. The denial/explanation of benefits, however, did not give adequate information to establish the accuracy of this decision.

Thus, we hereby request the following information to support the denial of benefits for this treatment: (1) a copy of the experimental/investigation treatment limitation in the plan or policy as well as any related definitions; (2) if internal clinical guidelines were utilized and/or are applicable, please provide a copy of each such clinical guidelines as well as the name and credentials of the medical professional who reviewed the treatment records; (3) an outline of the specific records reviewed and a description of any records which would be necessary in order to approve the treatment; and (4) copies of any expert medical opinions reviewed by your company in regards to treatment of this nature and its efficacy so that the treating provider may respond to its applicability to this particular patient's condition.

As you are likely aware, both state and federal disclosure laws as well as plan terms may be applicable and require the release of detailed information to substantiate

an adverse benefit determination.  If you believe this request does not fall under said disclosure requirements, please provide a written explanation.

Finally, we hereby request on behalf of our patients a copy of the Summary Plan Description ("SPD") required to be maintained by the Plan and provided upon request to the Plan Beneficiary under ERISA.  Please note, an enrollee/beneficiary may file suit against a Plan Administrator who fails to comply with the enrollee's/beneficiary's request for a copy of the latest SPD.  Indeed, Section 502(a)(1)(A) of ERISA indicates the Plan Administrator has thirty (30) days to provide the SPD to the enrollee/beneficiary.  The Plan Administrator may be held liable for up to $110.00 per day for each day it fails to provide the SPD to the enrollee/beneficiary.

Thank you for your cooperation.  We look forward to receiving the requested materials and pursuing the appeal of the adverse benefit determinations.

Respectfully yours,

Kelly J. Langschultz
Director



# Precision & CONSULTING Billing™ SERVICES, LLC

Date: **09-17-2010**

Practice: **In Balance Health LLC**

Tax Id: **263205753**

Plan Administrator: **Horizon**

Plan Sponsor: **employer**

Address: **PO Box 199**

Address: **Newark NJ 07101**

Re: Request for **Griffin Binko** _____ summary plan description

Patient Name: **Griffin Binko**

ID Number: **NVP3H2N08017100**

DOB: **08-16-1988**

Dear Plan Administrator:

Enclosed please find a Designation of Authorized Representative signed by my patient in accordance with the requirements of the employee retirement income security act of 1974 (ERISA). I have also enclosed an Assignment of benefits to assure that payment is made directly to this office in accordance with the desires of my patient.

The enclosed Designation of Authorized Representative permits **In Balance Health LLC** to pursue the rights granted to my patient under ERISA law. Those rights include:

- Receiving notice regarding inquiries with respect to the determination of claims both pre and post service

- Receiving a description and copies of documents of all claims procedures (including any procedures for obtaining prior approval as a prerequisite for obtaining a benefit, such as

Binko000005

preauthorization procedures or utilization review procedures) and the applicable time frames as set forth in the summary plan description.

• Obtaining a copy of the summary plan description

• Pursuing appeals of plan adverse decisions, to take legal action in any forum, including the courts, and to obtain all information from the plan that the claimant is entitled in order to pursue appeals:

• Taking all action permitted under applicable statutes and rules as authorized representative of my patient.

Accordingly, please provide this office with a copy of the summary plan description. Thank you for your compliance with the legal requirements. Please fax the summary plan description to 201-501-8523 or mail a copy to Precision Billing, LLC, Attn: Kelly J. Langschultz, 80 West Madison Avenue, Dumont, NJ 07628.

Sincerely,

Kelly J. Langschultz

Billing Supervisor

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

Unless this claim is paid or denied within 30 days, we will file a formal complaint with the Insurance Commissioner.

ELITE MODEL
22099 HORIZON
PO BOX 1219
NEWARK NJ 07101

| | |
|---|---|
| PICA | PICA |

CARRIER

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER X (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) NVP3HZN08017100 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) BINKO, GRIFFIN | 3. PATIENT'S BIRTH DATE 08 16 1988  SEX M X  F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) BINKO, GRIFFIN |
| 5. PATIENT'S ADDRESS (No., Street) 9 SMITHVILLE ROAD | 6. PATIENT RELATIONSHIP TO INSURED Self X  Spouse  Child  Other | 7. INSURED'S ADDRESS (No., Street) 9 SMITHVILLE ROAD |
| CITY HEWITT  STATE NJ | 8. PATIENT STATUS Single  Married  Other | CITY HEWITT  STATE NJ |
| ZIP CODE 07421  TELEPHONE (Include Area Code) (973) 8537943 | Employed  Full-Time Student  Part-Time Student | ZIP CODE 07421  TELEPHONE (Include Area Code) (973) 8537943 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER NONE |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  YES  X NO | a. INSURED'S DATE OF BIRTH MM DD YY  SEX M  F |
| b. OTHER INSURED'S DATE OF BIRTH MM DD YY  SEX M  F | b. AUTO ACCIDENT?  YES  X NO  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  YES  X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME 22099 HORIZON |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  X NO  If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **07/01/10**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE RICK O LAMBERT MD | 17a. 1G  17b. NPI 1891739421 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO |
| 19. RESERVED FOR LOCAL USE RICK O. LAMBERT MD | | 20. OUTSIDE LAB?  YES  X NO  $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. L738 6
2. L718 45
3. L722 10
4. L724 4

| 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. |
| 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From / To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 08 10  07 08 10 | 24 | | 27194 | 62 | 1 2 3 4 | 2500 00 | 1 | | NPI | 1891739421 |
| 2 | 07 08 10  07 08 10 | 24 | | 22505 | 62 | 1 2 3 4 | 2200 00 | 1 | | NPI | 1891739421 |
| 3 | 07 09 10  07 09 10 | 24 | | 27194 | 62 | 1 2 3 4 | 2500 00 | 1 | | NPI | 1891739421 |
| 4 | 07 09 10  07 09 10 | 24 | | 22505 | 62 | 1 2 3 4 | 2200 00 | 1 | | NPI | 1891739421 |
| 5 | 07 10 10  07 10 10 | 24 | | 27194 | 62 | 1 2 3 4 | 2500 00 | 1 | | NPI | 1891739421 |
| 6 | 07 10 10  07 10 10 | 24 | | 22505 | 62 | 1 2 3 4 | 2200 00 | 1 | | NPI | 1891739421 |

| 25. FEDERAL TAX I.D. NUMBER 263205753  SSN X EIN | 26. PATIENT'S ACCOUNT NO. BINGR000 | 27. ACCEPT ASSIGNMENT? X YES  NO | 28. TOTAL CHARGE $ 14100.00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 14100.00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

RICK O. LAMBERT MD
SIGNED **07/26/10**

32. SERVICE FACILITY LOCATION INFORMATION
MONTVALE SURGICAL CENTER
6 CHESTNUT RIDGE ROAD
MONTVALE NJ 07645

33. BILLING PROVIDER INFO & PH # (201) 3918282
RICK O LAMBERT MD
10 SHIELD DRIVE
WOODCLIFF LAKE NJ 07677
1891739421

NUCC Instruction Manual available at www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Binko000007

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MED CARE AND CHAMPUS ...

### BLACK LUNG AND FECA CLAIMS

The provider agrees ...

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services ...

For services ...

For CHAMPUS claims ...

No Part B Medicare ...

NOTICE: Any one who ...

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION

We are authorized ...

The information ...

The information ...

FOR MEDICARE CLAIMS: ... published in the Federal Register, Vol 55 No 177 page 37549 Wed Sept 12 1990 ...

FOR OWCP CLAIMS: ... Federal Register Vol 55 No 40 Wed Feb 28 1990 See ESA 5 ESA-6 ESA-11 USA-13 USA-26 ...

FOR CHAMPUS CLAIMS: ...

ROUTINE USE(S): ...

DISCLOSURE: ...

It is mandatory ... Social Security Act and 31 USC 3801-3812 ...

You should be ...

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree ...

I further agree ...

SIGNATURE OF PHYSICIAN (OR SUPPLIER): ...

NOTICE: ...

# Montvale Surgical Center

Surgeon Lambert

Co-Surgeon Wolf

MRN:0000715 DOS:07/09/10.0
BINKO, GRIFFIN
DOB:08/16/88 AGE:21 Y
DR:LAMBERT, RICK

7-8, 9, 10 2010

## MUA SUPER BILL SUMMARY PROCEDURE

| | SPINE | HIP | PELVIS | SHOULDER | ELBOW | WRIST | HAND | KNEE | ANKLE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 2 | (22505) | 27275 | (27194) | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 3 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 4 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 5 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 6 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |

## DIAGNOSIS

| | SITE | PRIMARY Dx | SECONDARY Dx | TERTIARY Dx | QUADINARY Dx |
|---|---|---|---|---|---|
| 1 | Pelvis | 738.6 | 718.45 | | |
| 2 | L-Spine | 722.10 | 724.4 | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

07/15/2010   08:16   KX5050        (FAX)2013914701        P.005/023

**MRN:0000715 DOS:07/10/10**
**BINKO, GRIFFIN**
**DOB:08/16/88 AGE:21 Y**
**DR:LAMBERT, RICK**

## MUA Progress Note Lumbar/Pelvis Spine

Admitting Doctor _____ Surgeon _____ Co-Surgeon DC

| | Date | | Date | | Date | |
|---|---|---|---|---|---|---|
| Admitting Dx | 7.36.6 / 7.22.10 | | 7.18.45 / 7.24.4 | | | |
| R.O.M/Lumbar | Left | Right | Left | Right | Left | Right |
| Pain 0/10 | 5 /10 | 4 /10 | /10 | /10 | /10 | /10 |
| Flexion | 40 60° | 40 60° | 60° | 60° | 60° | 60° |
| Extension | 20 35° | 100 /120° | /35° | /35° | /35° | /35° |
| Right Flexion | 15° | 0 /15° | /15° | /15° | /15° | /15° |
| Left Flexion | 15 /25° | 10 /35° | /35° | /35° | /35° | /35° |
| Right Rotation | 20 /25° | 35 /40° | /40° | /40° | /40° | /40° |
| Left Rotation | 120° | 42 /45° | /45° | /45° | /45° | /45° |
| | | -20 /30° | /30° | /30° | /30° | /30° |
| R.O.M/Hip | Left | Right | Left | Right | Left | Right |
| Pain 0/10 V.A.S. | | 10 Edens | | | | |
| Flexion | /10 | 4 /10 | /10 | /10 | /10 | /10 |
| Extension | /120° | 100 /120° | /120° | /120° | /120° | /120° |
| External Rot | /35° | 0 /15° | /15° | /15° | /15° | /15° |
| Internal Rot | /40° | 30 /35° | /35° | /35° | /35° | /35° |
| Abduction | /45° | 35 /40° | /40° | /40° | /40° | /40° |
| Adduction | /30° | 42 /45° | /45° | /45° | /45° | /45° |
| | | -20 /30° | /30° | /30° | /30° | /30° |
| Tests | Left | Right | Left | Right | Left | Right |
| SLR | Neg Pos 25 | Neg Pos 15 | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Patricks | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Gaenslen | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Trendelenburg | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Yeoman's | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| DTR | Absent Present | Absent Present | Absent Present | Absent Present | Absent Present | Absent Present |
| Myotome | +2 = (5) L.E | Absent Present | Absent Present | Absent Present | Absent Present | A+ |
| Derm | S1 45 ® | | | | | |
| Trigger Points | S1 ® | | | | | |
| Change in ROM | N/A Day 1 | | Same | | Same | |
| Change in Pain | N/A Day 1 | | Same | | Same | |
| Change in Tests | N/A Day 1 | | Same | | Same | |

B.O.L. (Pelvic Girdle)

# In-Balance Health LLC

8 Chestnut Ridge Road
Montvale NJ 07645
Rick Lambert MD

## Patient Consultation Note

6/30/10
Date of service

GRIFFIN BINKO
Patient Name

Social Security #

8/16/88
DOB

Ins. ID Number

### Chief Complaint

21 y.o. man notes onset ~1yr ago onset
of low back pain progressively ↑ing to 11/10
had MRI recently: L5/S1 disc compressing
exiting @ S1 nerve root & had 5/10 c̄ same,
Pain was 8-9/10 c̄ standing after activity, but
now pain ~4-5/10 after ~½ way through
DRX protocol. Still radiating pain but
less so now, occ. numbness c̄ mild
feeling of weakness occasionally - Pt takes
occ. Aleve c̄ some relief. Denies injection
or surgery. Notes limited ROM since
onset, c̄ tightness in legs & back.

Griffin Binko    consultation con't    6-30-10

### Past Medical History

(-) diabetes  (-) hypertension  (-) asthma  (-) hypercholesterolemia  (-) heart Dx

_____

_____ e _____

Surgeries

1. ____ e _____

2. _____

3. _____

4. _____

### List of Medications

1. Alleve prn _____

2. _____

3. _____

4. _____

### Known Allergies

_____ NKDA _____

_____

### Social History/Work Status

Orientation       (X 3)   Date  Time  Current Events  Common Knowledge

Speech            (WNL) Depressed  Anxious  Angry  Pain

Work Status       (Employed) Disabled  Temporary  Permanent  Partial  Total

Marital Status    (Single)  Married  Divorced  Separated  Widowed

A.D.L             Difficulty sitting for long periods
                  works through pain

Binko000012

Griffin Binke         consultation con't    6-30-10

## Physical Examination

| 6'2" | 155 | m | 21 |
|------|-----|---|-----|
| Height | Weight | Gender | Age |

| 130/84 | 75 | Reg | 12 |
|--------|-----|-----|-----|
| B/P | Pulse Rate | Rythm | Resp. Rate |

**General Appearance** ___ UD WN WNAD

**Skin :** warm, dry   (-) cyanosis   (-) jaundice   (-) rash

_WM_

**HEENT :** (-) conjunctival pallor   (-) icterus   (-) pharyngeal erythema

_WM_

**Neck:** (-) thyromegaly   (-) Bruits   (-) lymphadenopathy   (-) other masses

_WM_

**Heart :** (-) murmur   (-) irregularity   (-) gallop

_WM_

**Chest :** (-)rales   (-)rhonchi   (-) wheezes; breath sounds equal bilaterally

_WM_

**Abdomen :** (-) tenderness   (-) palpable masses   (-) CVA tenderness

_WM_

Griffin Binko _____ consultation con't   6-30-10

## Examination of the Lumbar Spine, Pelvis and Hips

Palpation: Myofacial trigger points

(R) Q.L   (R) XL   TP's

(R) Iliopsoas, TFL Glut, med.  TP's

(R) SI  Tenderness

Gait:   (R) (R) Trendelenburg

Minor's sign   (Present)   Absent

### Range of Motion of the Lumbar Spine

Forward Flexion  40/60   Right Side Flex  15/25_ right rotation ____/20  ⟩ (R) knees
Extension        20/35   Left Side Flex  22/25_  Left Rotation ____/20  /    (R)

| Neurological Level | | | DERMATOME | | MYOTOME | | D.T.R |
|---|---|---|---|---|---|---|---|
| L3 | | | right      left | | right     left | | |
| L4 | | | right      left | | right     left | | |
| L5 | | | right      left | | right     left | | Patella  right 2 left 2 |
| S1 | | | right      left | | right 4/5 left | | Achilles  right 2 left 2 |

Dermatomes; WNL=normal    (+)= hyper sensitive   (-)=hypo sensitive
Myotomes ;  5= normal, 4= mild weakness, 3=significant weakness, 2=can not resist
more than gravity, 0= no sign of contraction
Deep Tendon Reflexes;  2= normal, 3= hyper reflex, 1= diminished reflex, 0=absent

Binko000014

_Griffin Binko_      consultation con't   _6·30·10_

## Range of Motion of the Hips

Right Hip

Flexion   _100_/120        Abduction _4º_/45   Adduction _30·_/30
Extension   _∅_/15   External rotation _30·_/35   Internal Rotation _40_/45

Left Hip wnl

Flexion   ___/120        Abduction___/45   Adduction   ___/30
Extension   ___/15   External rotation   ___/35   Internal Rotation   ___/45

## Orthopedic Tests

### Straight Leg Raising

Right Leg Painful arc at:   45º

  0-35 degrees = suggests muscles of posterior thigh

  35-70 degrees = Probable joint pain
  Bilateral straight leg raising painful = sacroiliac pathology   ξ' Lumbar
                                                                   RMO. ⊕

  70-90 degrees = sciatic root tension over intervertebral disc

  Contra-lateral SLR  (-)

  Dorsiflexion of foot  (-)

Left Leg Painful arc at:   75º

  0-35 degrees = suggests muscles of posterior thigh

  35-70 degrees = Probable joint pain
  Bilateral straight leg raising painful = sacroiliac pathology   = ξ Lum
                                                                   ⊕

  70-90 degrees = = sciatic root tension over intervertebral disc

  Contra-lateral SLR  (-)

  Dorsiflexion of foot  (-)       X neg contralter SLR.

Binko000015

07/15/2010   08:18   KX5050                                    (FAX)2013914701        P.011/023

Griffin Binko _____ consultation con't    6·30·10

**Valsalva's Sign** for nerve root irritation   ·   Absent   (Present)

**Gapping Test** for sprain/strain of the anterior sacroiliac ligament
(-) RT    (-) LT

**Approximation Test** for sprain/strain of the sacroiliac joint and/or the
posterior sacroiliac ligament (-) RT    (-) LT

**Iliac Compression Test** indicating posterior sacroiliac ligament sprain
(+) RT    (-) LT

**Sacroiliac Rocking Test** (-) RT  (-)LT  for posterior sacroiliac joint

                    (-) RT  (-) LT for Iliopsoas pathology

**Trendelenburg's Test** for pelvic instability and muscle weakness
(+) RT    (-) LT

**Gaenslen Test** for SI joint pathology, hip pathology and L4 nerve root
irritation.  (+) RT    (-) LT   _____

**Adduction contracture test/Abduction contracture test;**
ASIS angle is = 90 degrees    WNL
ASIS angle is < 90 degrees    contracture of adduction muscles confirmed
ASIS angle is > 90 degrees    contracture of abduction muscles confirmed

**Thomas Test** for hip flexion contraction   (-) RT    (-) LT

**Rectus Femoris Contracture; Ely's Test** (-)RT    (-) LT

**Ober's Test** for contracture of tensor fasciae latae (+) RT   (-) LT

**Hamstring Contracture Test** (-) RT    (-) LT

**Patrick's Test** for hip pathology   (-) RT    (-) LT

**Patrick's Test** for Iliopsoas contracture   (+) RT    (-) LT

Binko000016

Griffin Binko _____ consultation con't   6-30-10

## CONCLUSION / MEDICAL NECESSITY

- Condition is chronic for 12 months.
- Condition is recalcitrant to conservative Cmt/or/Omvt.
- Condition continues to regress c̄ ↓ R.om ↑℗ c̄ contracture.
- Condition impairs ADL.
- Manipulation Under Anesthesia x 3 sessions of pelvis & low back is indicated to break down adhesions & release contracture.
- Goal.
  - decrease ℗.
  - increase R.O.M.
  - decompress L-spine by release of contracture significant to reverse radiculopathy.

Date   6/30/10

Rick Lambert, MD
M.U.A Specialist

**Montvale**
**Surgical Center**
6 Chestnut Ridge Road Montvale NJ, 07645
Tel (201) 391-4700

OPERATIVE REPORT
Day 1 of 3

Patient Name: Griffin Binko
Date: July 8, 2010
Facility for Procedure: MSC

Primary Surgeon: Rick Lambert, MD
Assisting Surgeon: James Wolf, DC
Anesthesiologist: Carlos Frios, MD

Procedure Performed: 1. Manipulation Under Anesthesia of the sacrum/pelvis
2. Manipulation Under Anesthesia of the lumbar spine

Pre-operative Diagnosis:
1. 738.6   acquired pelvic obliquity
   718.4   contracture pelvis and thigh
2. 724.4   lumbar radiculopathy
   722.10  lumbar discopathy

Post-operative Diagnosis: Same: See progress report for work-up

Procedure in Detail
Patient was prepared in a pre-operative area with an IV line established for the administration of anesthesia. Having already been supine on a gurney, patient was wheeled in to the operating room. Patient was then prepared for monitoring by the anesthesiologist and OR nurse. MAC was induced and the patient was sufficiently sedated to start our procedure.
Manipulation of the Lumbar spine, sacrum, and pelvis: The patient was stabilized in the supine position. The right lower extremity was extended and stretched cephalad 3 times, increasing the amount of tension 5-10% each time by the primary doctor. The same was done to the left. The right lower extremity was then flexed at the hip/knee and then stretched cephalad/oblique/lateral by the primary doctor. Then the same was repeated to the left lower extremity by the assisting doctor. The bilateral lower extremities were then flexed at the hips and knees and a pelvic tilting motion was done cephalad, oblique, and laterally to the right leg by the primary doctor, then to the left by the assisting doctor.
The patient was then turned on her right side by the assisting doctor. The right lower extremity was extended and supported by the surgical nurse. The primary doctor then administered a mild manipulation to the L1-5/S1 area. The patient was then turned on the

1

Binko000018

07/15/2010   08:20   KX5050                                          (FAX)2013914701                    P.014/023

left side and the same procedure was administered. Both the right and left sided manipulations elicited cavitations.

**Piriformis bow-string stretch:** With the patient in a side lying posture and following the adductor stretch, the patient's knee was held slightly past medial and the primary doctor contacted the knee with the hand. The force was applied toward the table with the help of the assisting surgeon and the piriformis muscle was then massaged. The force down the femur into the pelvic basin allowed for the relaxation of the piriformis muscle across the obturator foramina. With the assisting physicians stabilizing the pelvis and femoral head, the primary physician extended the right lower extremity in the sagital plane, and while applying the controlled traction radially stretched the peri-articular holding elements of the right hip by means of gradually describing approximately 30-35 degree horizontal arc. The lower extremity was then tractioned straight caudal and internal rotation was accomplished. Using traction the lower extremity was gradually stretched into a horizontal arc to approximately 30 degrees. This procedure was then repeated for the opposite side.

**Manipulation of the Hips:** The patient was maintained in a supine position. Patient's right hip was laterally flexed and supported by the primary doctor while the same hip was passively placed through all ranges of motion three times. Then the left hand of the primary doctor was placed slightly inferior and posterior to the hip joint on the femur and the hip was laterally flexed, and externally rotated, and a mild P-A thrust was applied eliciting a cavitation. The same procedure was repeated on the left side.

The MUA procedure was concluded at that point. Patient tolerated procedure very well and without incident. At the conclusion of the procedure, the patient was returned to the recovery room where proper monitoring equipment was utilized and was discharged in satisfactory condition as reported in the progress notes.

**Post-Operative Care Day One:**

The patient was advised to spend the remainder of the day relaxing and avoiding any work or exertion. There were no restrictions on diet. Patient was further advised to resume regular regimen of medication prescribed prior to the procedure. Because the patient is returning tomorrow, there will be no eating or drinking after ten p.m this evening.


Rick Lambert, MD
Certified: Manipulation Under Anesthesia


James Woff, DC
Certified: Manipulation Under Anesthesia

2

Binko000019

### Montvale
**Surgical Center**
6 Chestnut Ridge Road Montvale NJ, 07645
Tel (201) 391-4700

#### OPERATIVE REPORT
Day 2 of 1

**Patient Name:** Griffin Binko
**Date:** July 9, 2010
**Facility for Procedure:** MSC

**Primary Surgeon:** Rick Lambert, MD
**Assisting Surgeon:** James Wolf, DC
**Anesthesiologist:** Elizabeth Kryuska, MD

**Procedure Performed:** 1. Manipulation Under Anesthesia of the sacrum/pelvis
2. Manipulation Under Anesthesia of the lumbar spine

**Pre-operative Diagnosis:**
1. 738.6   acquired pelvic obliquity
   718.4   contracture pelvis and thigh
2. 724.4   lumbar radiculopathy
   722.10  lumbar discopathy

**Post-operative Diagnosis:** Same: See progress report for work-up

**Procedure in Detail**
Patient was prepared in a pre-operative area with an IV line established for the
administration of anesthesia. Having already been supine on a gurney, patient was
wheeled in to the operating room. Patient was then prepared for monitoring by the
anesthesiologist and OR nurse. MAC was induced and the patient was sufficiently
sedated to start our procedure.
**Manipulation of the Lumbar spine, sacrum, and pelvis** The patient was stabilized in
the supine position. The right lower extremity was extended and stretched cephalad 3
times, increasing the amount of tension 5-10% each time by the primary doctor. The
same was done to the left. The right lower extremity was then flexed at the hip/knee and
then stretched cephalad/oblique/lateral by the primary doctor. Then the same was
repeated to the left lower extremity by the assisting doctor. The bilateral lower
extremities were then flexed at the hips and knees and a pelvic tilting motion was done
cephalad, oblique, and laterally to the right leg by the primary doctor, then to the left by
the assisting doctor.
The patient was then turned on her right side by the assisting doctor. The right lower
extremity was extended and supported by the surgical nurse. The primary doctor then
administered a mild manipulation to the L1-5/S1 area. The patient was then turned on the

Binko000020

left side and the same procedure was administered. Both the right and left sided manipulations elicited cavitations.

**Piriformis bow-string stretch:** With the patient in a side lying posture and following the adductor stretch, the patient's knee was held slightly past medial and the primary doctor contacted the knee with the hand. The force was applied toward the table with the help of the assisting surgeon and the piriformis muscle was then massaged. The force down the femur into the pelvic basin allowed for the relaxation of the piriformis muscle across the obturator foramina. With the assisting physicians stabilizing the pelvis and femoral head, the primary physician extended the right lower extremity in the sagital plane, and while applying the controlled traction radially stretched the peri-articular holding elements of the right hip by means of gradually describing approximately 30-35 degree horizontal arc. The lower extremity was then tractioned straight caudal and internal rotation was accomplished. Using traction the lower extremity was gradually stretched into a horizontal arc to approximately 30 degrees. This procedure was then repeated for the opposite side.

**Manipulation of the Hips:** The patient was maintained in a supine position. Patient's right hip was laterally flexed and supported by the primary doctor while the same hip was passively placed through all ranges of motion three times. Then the left hand of the primary doctor was placed slightly inferior and posterior to the hip joint on the femur and the hip was laterally flexed, and externally rotated, and a mild P-A thrust was applied eliciting a cavitation. The same procedure was repeated on the left side.

The MUA procedure was concluded at that point. Patient tolerated procedure very well and without incident. At the conclusion of the procedure, the patient was returned to the recovery room where proper monitoring equipment was utilized and was discharged in satisfactory condition as reported in the progress notes.

**Post-Operative Care Day Two:**

The patient was advised to spend the remainder of the day relaxing and avoiding any work or exertion. There were no restrictions on diet. Patient was further advised to resume regular regimen of medication prescribed prior to the procedure. Because the patient is returning tomorrow, there will be no eating or drinking after ten p.m this evening.


Rick Lambert, MD
Certified: Manipulation Under Anesthesia


James Wolf, DC
Certified: Manipulation Under Anesthesia

2

Binko000021

left side and the same procedure was administered. Both the right and left sided manipulations elicited cavitations.

Piriformis bow-string stretch: With the patient in a side lying posture and following the adductor stretch, the patient's knee was held slightly past medial and the primary doctor contacted the knee with the hand. The force was applied toward the table with the help of the assisting surgeon and the piriformis muscle was then massaged. The force down the femur into the pelvic basin allowed for the relaxation of the piriformis muscle across the obturator foramina. With the assisting physicians stabilizing the pelvis and femoral head, the primary physician extended the right lower extremity in the sagital plane, and while applying the controlled traction radially stretched the peri-articular holding elements of the right hip by means of gradually describing approximately 30-35 degree horizontal arc. The lower extremity was then tractioned straight caudal and internal rotation was accomplished. Using traction the lower extremity was gradually stretched into a horizontal arc to approximately 30 degrees. This procedure was then repeated for the opposite side.

Manipulation of the Hips: The patient was maintained in a supine position. Patient's right hip was laterally flexed and supported by the primary doctor while the same hip was passively placed through all ranges of motion three times. Then the left hand of the primary doctor was placed slightly inferior and posterior to the hip joint on the femur and the hip was laterally flexed, and externally rotated, and a mild P-A thrust was applied eliciting a cavitation. The same procedure was repeated on the left side.

The MUA procedure was concluded at that point. Patient tolerated procedure very well and without incident. At the conclusion of the procedure, the patient was returned to the recovery room where proper monitoring equipment was utilized and was discharged in satisfactory condition as reported in the progress notes.

Post-Operative Care Day Three:

The patient was advised to spend the remainder of the day relaxing and avoiding any work or exertion. There were no restrictions on diet. Patient was further advised to resume regular regimen of medication prescribed prior to the procedure.


Rick Lambert, MD
Certified: Manipulation Under Anesthesia


James Wolf, DC
Certified: Manipulation Under Anesthesia

2

Binko000022

**Montvale Surgical Center**

Surgeon _____    Co-Surgeon _____

```
MRN:0000715 DOS:07/09/10
BINKO GRIFFIN
DOB:08/16/88 AGE:21 Y
DR:LAMBERT RICK
```

## MUA SUPER BILL SUMMARY

### PROCEDURE

|   | SPINE | HIP | PELVIS | SHOULDER | ELBOW | WRIST | HAND | KNEE | ANKLE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 22505 | 27275 | (27194) | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 2 | (22505) | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 3 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 4 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 5 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 6 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |

### DIAGNOSIS

|   | SITE | PRIMARY Dx | SECONDARY Dx | TERTIARY Dx | QUADINARY Dx |
|---|---|---|---|---|---|
| 1 | Pelvis | 738.6 | 718.45 |  |  |
| 2 | L spine | 722.10 | 724.4 |  |  |
| 3 |  |  |  |  |  |
| 4 |  |  |  |  |  |
| 5 |  |  |  |  |  |
| 6 |  |  |  |  |  |

Binko000023

07/15/2010   08:23   KX5050                           (FAX)2013914701                P.019/023

MRN:0000715 DOS:07/10/10
BINKO, GRIFFIN
DOB:08/16/88 AGE:21 Y
DR:LAMBERT, RICK

Montvale S. gical Center

Surgeon  Lamant

Co-Surgeon  wolf

## MUA SUPER BILL SUMMARY
### PROCEDURE

|   | SPINE | HIP | PELVIS | SHOULDER | ELBOW | WRIST | HAND | KNEE | ANKLE |
|---|-------|-----|--------|----------|-------|-------|------|------|-------|
| 1 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 2 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 3 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 4 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 5 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 6 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |

## DIAGNOSIS

|   | SITE | PRIMARY Dx | SECONDARY Dx | TERTIARY Dx | QUADINARY Dx |
|---|------|------------|--------------|-------------|--------------|
| 1 | Pelvis | 738.6 | 716.45 | | |
| 2 | L-Spine | 722.10 | 724.4 | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

RX Date/Time     07/12/2010     12:08

P.009

Binko000024

MRN:0000715 DOS:07/10/10
BINKO GRIFFEN
DOB:08/16/88 AGE:21 Y
DR:LAMBERT, RICK

Admitting Doctor

Surgeon — RICK LAMBERT MD

Co-Surgeon — James W. ____ DC

MUA Progress Note: Lumbar/Pelvis Spine

| ROAM/Lumbar | Left | Right | Left | Right | Left | Right |
|---|---|---|---|---|---|---|
| Pain 0/10 | 5 /10 | 5 /10 | /10 | /10 | /10 | /10 |
| Flexion | 40/60° | 40/60° | 60° | 60° | 160° | 120° |
| Extension | 32 25° | 0 /120° | 25° | 25° | 25° | 25° |
| Right Flexion | 15 25° | 30 25° | 25° | 25° | 25° | 25° |
| Left Flexion | 20 25° | 30 45° | 25° | 25° | 25° | 25° |
| Right Rotation | 30° | 20 30° | 30° | 30° | 30° | 30° |
| Left Rotation | 30° | 30° | 30° | 30° | 30° | 30° |

| ROM/Hip | Left | Right | Left | Right | Left | Right |
|---|---|---|---|---|---|---|
| Pain 0/10 V.A.S. | /10 | 4 /10 | /10 | /10 | /10 | /10 |
| Flexion | /120° | 100 /120° | /120° | /120° | /120° | /120° |
| Extension | 45° | 0 /15° | 15° | 15° | 45° | 45° |
| External Rot | 25° | 25° | 45° | 45° | 55° | 55° |
| Internal Rot | 40° | 35 /40° | 40° | 40° | 40° | 40° |
| Abduction | 45° | 40 /45° | 45° | 45° | 45° | 45° |
| Adduction | 30° | 20 30° | 30° | 30° | 30° | 30° |

| Tests | Left | Right | Left | Right | Left | Right |
|---|---|---|---|---|---|---|
| SLR | Neg (Pos) 35 | Neg (Pos) 35 | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Patricks | (Neg) Pos | (Neg) Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Gaenslen | (Neg) Pos | Neg (Pos) | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Trendelenburg | (Neg) Pos | Neg (Pos) | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Valsalva's | Absent Present | Absent (Present) | Absent Present | Absent Present | Absent Present | Absent Present |
| DTR | | +2 = L5/E | | | | |
| Myotome | | S1 4Lr (R) | | | | |
| Derm | | S1 J(R) | | | | |
| Trigger Points | (R) Q.L. (L) Pelvis Girdle | | | | | |
| Change in ROM | N/A Day 1 | | Same | Same | Same | Worse |
| Change in Pain | N/A Day 1 | | Same | Same | Better | Worse |
| Change in Tests | N/A Day 1 | | | | | |

Date: 7-18-1-2 ___ 7-24-4

Binko000025

07/15/2010   08:24   KX5050                          (FAX)2013914701                P.021/023

James W—— DC
Co-Surgeon

Rick Lombardi, MD
Surgeon

MUA Progress Note Lumbar/Pelvis Spine

Admitting Doctor

Admitting Dx: 722.10

716.45
724.4

WRN:0000715  DOS:07/10/10
BINKO, GRIFFIN
DOB:08/16/88  AGE:21 Y
DR:LAMBERT, RICK

| R.O.M/Lumbar | Left | Right | Date | Left | Right | Date | Left | Right |
|---|---|---|---|---|---|---|---|---|
| Pain @110 | 5 /10 | 4 /10 | | /10 | /10 | | /10 | /10 |
| Flexion | 40 60° | 40 120° | | 60° | 60° | | 60° | 120° |
| Extension | 20 25° | 20 25° | | 25° | 25° | | 25° | 25° |
| Right Flexion | 15 25° | 15 25° | | 25° | 25° | | 25° | 25° |
| Left Flexion | 20 25° | 20 25° | | 25° | 25° | | 25° | 25° |
| Right Rotation | 25° | 25° | | 25° | 25° | | 25° | 25° |
| Left Rotation | 25° | 25° | | 25° | 25° | | 25° | 25° |

| R.O.M./Hip | Left | Right | Date | Left | Right | Date | Left | Right |
|---|---|---|---|---|---|---|---|---|
| Pain @10 V.A.S. | /10 | /10 | | /10 | /10 | | /10 | /10 |
| Flexion | 120° | 120° | | 120° | 120° | | 120° | 120° |
| Extension | 15° | 15° | | 15° | 15° | | 15° | 15° |
| External Rot | 35° | 30 35° | | 35° | 35° | | 35° | 35° |
| Internal Rot | 40° | 35 40° | | 40° | 40° | | 40° | 40° |
| Abduction | 45° | 40 45° | | 45° | 45° | | 45° | 45° |
| Adduction | 30° | 30 30° | | 30° | 30° | | 30° | 30° |
| Traces | Left | Right | | Left | Right | | Left | Right |
| SLR | Neg Pos 35 | Neg Pos 15 | | Neg Pos | Neg Pos | | Neg Pos | Neg Pos |
| Patrick's | Neg Pos | Neg Pos | | Neg Pos | Neg Pos | | Neg Pos | Neg Pos |
| Gaenslen | Neg Pos | Neg Pos | | Neg Pos | Neg Pos | | Neg Pos | Neg Pos |
| Trendelenburg | Neg Pos | Neg Pos | | Neg Pos | Neg Pos | | Neg Pos | Neg Pos |
| Valsalva's | Absent Present | Absent Present | | Absent Present | Absent Present | | Absent Present | Absent Present |
| DTR | | +2 @ L/E | | | | | | |
| Myotome | | S1 45 @ | | | | | | |
| Derm | | S1 @ | | | | | | |
| Trigger Points | @ L.L. (R)eleased Girdle | | | | | | | |
| Change in ROM | N/A Day 1 | | | Same Better Worse | | | Same Better Worse | |
| Change in Pain | N/A Day 1 | | | Same Better Worse | | | Same Better Worse | |
| Change in Trans | MUA Day 1 | | | | | | | |

P.011                    07/12/2010   12:08                    RX Date/Time

Binko000026

Griffin Binko _____ consultation con't _____ 6-30-10

### Review of Medical Records

MRI LUMBAR SPINE (1/5/10):
   (B) HERNIATED DISC L5-S1 COMPRESSING
   (B)S1 NERVE ROOT + THECAL SAC

EMG (5/25/10):
   c/w (B) S1 radiculopathy

Binko000027

Griffin Binko          consultation con't    6·30·10

**Review of Systems: other than the symptoms associated with the present events, the following is reported with regard to recent health.**

**General**          (-) fever      (-) weight loss    (-) fatigue

**EENT**            (-) congestion   (-) headaches   (-) visual problems   (-) sore throat

**Cardiovascular**  (-) chest Pain   (-) claudication   (-) palpitations

**Pulmonary**       (-) cough   (-) dyspnea   (-) ankle edema

**GI**              (-) abdominal pain  (-) n/v  (-) diarrhea  (-) constipation  (-) bleeding

**GU**              (-) dysuria   (-) hematuria

**Neuro**           (+) local weakness   (-) memory loss   (+) numbness

**Musculo/**        (-) joint pain   (+) stiffness   (-) joint swelling
**Skeletal**

**Psych**           (-) emotional stress  (-) depression  (-) anxiety  (+) insomnia

320255 400071

RECEIVED
HORIZON BCBSNJ-OSC

Sept 22  2010

**CERTIFIED MAIL**

Binko000029

 

Horizon Blue Cross Blue Shield of New Jersey

*Making Healthcare Work*

November 3, 2010

GRIFFIN BINKO
9 SMITHVILLE ROAD
HEWITT NJ 07421

Dear Mr. Binko:

Re: Griffin Binko
ID: 3HZN08017100
Plan: ASC
Date(s) of Service: 7/8/10, 7/9/10 & 7/10/10
Physician: In Balance Health
Claim: 20101970218000 /multi

The medical documentation submitted for the above services has been reviewed by Horizon Medical Director, John Napoli, M.D.. After consideration of all the information provided, it has been determined that medical necessity is not established.

This determination is based on the following:

"CPT code 22505 is denied for all dates of service. Manipulation of the spine under anesthesia is investigational." (Horizon BCBSNJ Medical Policy # 079; and investigational services are an exclusion in the contract benefits.)

"CPT code 27194 denied for all dates of service. The documentation provided does not support the medical necessity for this procedure."

Your plan only provides coverage for services deemed by us to be medically necessary and appropriate.

Additional medical records or other documentation that clearly establish the medical necessity for these services should be submitted in order for us to reconsider this determination.

If you disagree with this decision, you, your physician other authorized representative have the right to appeal on the members behalf. For information on our appeal process and what further rights you may have, please refer to the enclosure included with this determination letter. In your particular case, rather than the address noted on the brochure, please submit your appeal directly to:

<div style="text-align:center">

Horizon Blue Cross Blue Shield of New Jersey
Penn Plaza, Mail Station PP-14T
Newark, New Jersey 07105-2200
Attn: Clinical Analysis and Monitoring Unit

</div>

Thank you for your cooperation.

Sincerely,

Clinical Analysis and Monitoring Unit.
Health Affairs

Enclosure

Binko000030

cc:  IN-BALANCE HEALTH LLC
     305 W GRAND AVENUE
     MONTVALE NJ  07645

     MONTVALE SURGICAL CENTER LLC
     6 CHESTNUT RIDGE ROAD
     MONTVALE NJ 07645

     ADVANCED AMBULATORY ANESTHESIA
     1176 HAMBURG TPKE
     WAYNE  NJ  07470

     NEW JERSEY SPINAL CARE
     JAMES WOLF DC
     601 HAMBURG TPKE  STE 101
     WAYNE NJ  07470

Case: 20090301025

Binko000031

Precision Billing LLC  ●  80 West Madison Avenue  •  Dumont, NJ 07628  •  (201)501-8500

Date: 12/29/2010

Horizon
PO Box 199
Newark NJ 07101

Patient: Griffin Binko

DOB: 8/16/1988

ID: NVP3HZN08017100

Practice: In Balance Health LLC

Treating Provider: Ricko Lambert

Enclosed you will find claim forms that are being resubmitted as an appeal for processing.

**These claims are not duplicate.** The enclosed are:

             corrected claims

   X       being refiled to correct an error in processing.  Please be advised that the claims attached are being submitted for a _second_ _level appeal_.  The claims attached represent services for Manipulation under Anesthesia.  Manipulation under Anesthesia for require two co-surgeons and cannot be done without two co-surgeons.  This is not an elective service of a surgeon or nurse assisting the operating surgeon. The national *Physician Fee Schedule Relative Value Guide*, a listing of all CPT and HCPCS procedures, outlines the services that can be billed with modifier -62 and modifier -80.  MUA CPT codes are listed on this as applicable to the 62 modifier. There is also no Clincial Bulletin Policy or any other medical policy indicating that _second_ does not pay for co-surgeons.  Please be advised that both co-surgeons shall bill with a 62 modifier for 62.5% reimbursement of the allowable charge.  Both co-surgeons have been denied payment for the patient listed above.  Please pay in accordance with CPT regulations and the patient's benefits.

             sent with progress notes to establish medical necessity.

             Other_____

Thank you for your prompt attention.

Sincerely,

Kelly J. Langschultz, Managing Member

7010 1670 0002 4565 2909

621003.331442

Precision Billing LLC • 80 West Madison Avenue • Dumont, NJ 07628 • (201)501-8500

Date: 12/29/2010

Horizon
PO Box 199
Newark, NJ 07101

Patient: Griffin Binko

DOB: 8/16/1988

ID: NVP3H2N08017100

Practice: In Balance Health LLC

Treating Provider: Rick D. Lambert MD

Enclosed you will find claim forms that are being resubmitted as an appeal for processing.

**These claims are not duplicate.** The enclosed are:

_____  corrected claims

_____  being refilled to correct an error in processing.

_____  sent with progress notes to establish medical necessity.

___X___  Other SECOND level appeal. Please provide the credentials and license number of the physician who rendered the medical necessity denial for the attached claims. Please be advised that the physician must be a NJ chiropractor with the same credentials in accordance with N.J.S.A. 45:9-14.5 which explicitly states that it is unlawful for any person, not duly licensed (as a chiropractor) in New Jersey to "render a utilization management decision that limits, restricts or curtails a course of chiropractic care." *Please also be advised that a chiropractic paper review is in violation of the chiropractic record review regulation if the reviewing chiropractor does not perform all of the following:*

1.  **Make a reasonable and documented effort to obtain all records of the attending chiropractor relevant to the chiropractic care or condition under evaluation before rendering an opinion concerning the prior chiropractic care, the need for continued chiropractic care or the need for diagnostic testing.**
2.  **If the reviewed states that prior chiropractic care was not documented, they must clearly note the specific deviations from the patient record regulation requirements.**
3.  **Opinions stating that prior chiropractic care was not necessary, not required or palliative must clearly state the rationale the opinion is based on.**

Binko000033

821503.561442

Precision Billing LLC  •  80 West Madison Avenue  •  Dumont, NJ 07628  •  (201)501-8500

4. An opinion that diagnostic testing, referrals or consultations were not properly documented or performed must clearly note the specific deviations from the rules that govern recordkeeping and referrals.

5. An opinion that states that prior diagnostic testing, referrals or consultation were not necessary must clearly state the rationale the opinion is based on.

6. An opinion rendered regarding the evaluation of prior chiropractic care, the termination of chiropractic care, or the necessity of diagnostic testing and/or referrals or consultation shall be consistent with the chiropractic scope of practice laws and regulations.

Please be advised that these requirements have not been met and we have not received all the necessary information requested above.  Please re-complete the second level appeal.

Thank you for your prompt attention.

Sincerely,

Kelly J. Langschultz
Billing Specialist

Binko000034

821903.001442

Precision Billing LLC   •   80 West Madison Avenue   •   Dumont, NJ 07628   •   (201)501-8500

Date: 09-17-2010

Horizon
PO Box 199
Newark NJ 07101

Patient: Griffin Binko

DOB: 08/16/1988

ID: NVP3HZN08017100

Practice: In Balance Health LLC

Treating Provider: Rick O. Lambert MD

Enclosed you will find claim forms that are being resubmitted as an appeal for processing.

**These claims are not duplicate.**  The enclosed are:

_____         corrected claims

_____         being refiled to correct an error in processing.

__X__           sent with progress notes to establish medical necessity.

__X__           Other:  Spinal Manipulation under anesthesia and all other manipulations under anesthesia or not experimental and investigational. An experimental procedure is very easily addressed in the AMA CPT codebook of reimbursable procedures, in the introduction to that publication. In order for a procedure to be included in the AMA CPT codebook of reimbursable procedures, it must first have undergone clinical validation by being used by same or similar practitioners for the same or similar conditions. It must then go through the review process by an 11-member panel that evaluates the outcomes of the procedure used by same or similar practitioners; the review panel then makes a recommendation that the procedure be included within the proper section of the codebook. This is then part of a recommendation review for publication in the codebook, and the procedure does not appear in this book unless it passes all of these reviews and evaluations

According to an April 2004 letter from the AMA regarding CPT code 22505, in response to Dr. Daniel West's (an advisory member of the National Academy of MUA Physicians) request for clarification of this procedure, the following is required of the CPT Advisory Committees and the CPT Editorial Panel for CPT publication as a category 1 procedure (which is what 22505 is listed as):

7010 0780 0000 1359 5857

Binko000063

621003 001442

Precision Billing LLC  •  80 West Madison Avenue  •  Dumont, NJ 07628  •  (201)501-8500

"That the service/procedure has received approval from the Food and Drug Administration (FDA) for the specific use of the device or drug;

"That the suggested procedure/service is a distinct service performed by many physicians/practitioners across the United States;

"That the clinical efficacy of the service/procedure is well established and documented in the United States per review literature;

"That the suggested service/procedure is neither a fragmentation of an existing procedure/service nor currently reportable by one or more existing codes; and

"That the suggested service/procedure is not requested as a means to report extraordinary circumstances related to the performance of a procedure/service already having a specific CPT code.

"Therefore, based upon the above information and in response to your specific question, Category 1 codes do not represent experimental or emerging technology."

An experimental procedure is very easily addressed in the AMA CPT codebook of reimbursable procedures, in the introduction to that publication. In order for a procedure to be included in the AMA CPT codebook of reimbursable procedures, it must first have undergone clinical validation by being used by same or similar practitioners for the same or similar conditions. It must then go through the review process by an 11-member panel that evaluates the outcomes of the procedure used by same or similar practitioners; the review panel then makes a recommendation that the procedure be included within the proper section of the codebook. This is then part of a recommendation review for publication in the codebook, and the procedure does not appear in this book unless it passes all of these reviews and evaluations.

Therefore, please reprocess claims in according with the 2004 AMA recommendation regarding *Manipulation under Anesthesia* accordingly.  **FIRST LEVEL APPEAL**

Thank you for your prompt attention.

Sincerely,

Kelly J. Langschultz
Billing Specialist

621003.001442

# Precision Billing™
## & CONSULTING SERVICES, LLC

09, 17, 2010

**VIA CERTIFIED MAIL/RRR**

Horizon
PO Box 199
Newark NJ 07101

Re:   Request for Experimental Procedure Policies/Plan Documents
Patient Name: Griffin Binko
Benefit Plan: Horizon
Dates of Service:   7/8/10, 7/9/10, 7/10/10

Dear Sir/Madam:

Please accept this letter as notification of our authorization as representative to act on behalf of Griffin Binko in the above-referenced adverse benefit determinations. Attached is a copy of the authorization for your records.

This letter is also a request for additional information. It is our understanding that the above-referenced claim was denied pursuant to a plan exclusion related to experimental/investigational treatments. The denial/explanation of benefits, however, did not give adequate information to establish the accuracy of this decision.

Thus, we hereby request the following information to support the denial of benefits for this treatment: (1) a copy of the experimental/investigation treatment limitation in the plan or policy as well as any related definitions; (2) if internal clinical guidelines were utilized and/or are applicable, please provide a copy of each such clinical guidelines as well as the name and credentials of the medical professional who reviewed the treatment records; (3) an outline of the specific records reviewed and a description of any records which would be necessary in order to approve the treatment; and (4) copies of any expert medical opinions reviewed by your company in regards to treatment of this nature and its efficacy so that the treating provider may respond to its applicability to this particular patient's condition.

As you are likely aware, both state and federal disclosure laws as well as plan terms may be applicable and require the release of detailed information to substantiate

Binko000065

821003.C01442

an adverse benefit determination.  If you believe this request does not fall under said disclosure requirements, please provide a written explanation.

Finally, we hereby request on behalf of our patients a copy of the Summary Plan Description ("SPD") required to be maintained by the Plan and provided upon request to the Plan Beneficiary under ERISA.  Please note, an enrollee/beneficiary may file suit against a Plan Administrator who fails to comply with the enrollee's/beneficiary's request for a copy of the latest SPD.  Indeed, Section 502(a)(1)(A) of ERISA indicates the Plan Administrator has thirty (30) days to provide the SPD to the enrollee/beneficiary.  The Plan Administrator may be held liable for up to $110.00 per day for each day it fails to provide the SPD to the enrollee/beneficiary.

Thank you for your cooperation.  We look forward to receiving the requested materials and pursuing the appeal of the adverse benefit determinations.

Respectfully yours,

Kelly J. Langschultz
Director

621003.001442



## Precision Billing™
### & CONSULTING SERVICES, LLC

Date: 09-17-2010

Practice: In Balance Health LLC

Tax Id: 263205753

Plan Administrator: Horizon

Plan Sponsor: employer

Address: PO Box 199

Address: Newark NJ 07101

Re: Request for Griffin Binko                    summary plan description

Patient Name: Griffin Binko

ID Number: NVP3H2N08017100

DOB: 08-16-1988

Dear Plan Administrator:

Enclosed please find a Designation of Authorized Representative signed by my patient in accordance with the requirements of the employee retirement income security act of 1974 (ERISA). I have also enclosed an Assignment of benefits to assure that payment is made directly to this office in accordance with the desires of my patient.

The enclosed Designation of Authorized Representative permits In Balance Health LLC to pursue the rights granted to my patient under ERISA law. Those rights include:

- Receiving notice regarding inquiries with respect to the determination of claims both pre and post service

- Receiving a description and copies of documents of all claims procedures (including any procedures for obtaining prior approval as a prerequisite for obtaining a benefit, such as

Binko000067

621003.001442

preauthorization procedures or utilization review procedures) and the applicable time frames as set forth in the summary plan description.

   ● Obtaining a copy of the summary plan description

   ● Pursuing appeals of plan adverse decisions, to take legal action in any forum, including the courts, and to obtain all information from the plan that the claimant is entitled in order to pursue appeals:

      ● Taking all action permitted under applicable statutes and rules as authorized representative of my patient.

Accordingly, please provide this office with a copy of the summary plan description. Thank you for your compliance with the legal requirements. Please fax the summary plan description to 201-501-8523 or mail a copy to Precision Billing, LLC, Attn: Kelly J. Langschultz, 80 West Madison Avenue, Dumont, NJ 07628.

Sincerely,

Kelly J. Langschultz

Billing Supervisor

621003.001442

1500
**Unless this claim is paid or denied within 30 days, we will file a formal written complaint with the Insurance Commissioner**

P

22099 HORIZON
PO BOX 1219
NEWARK NJ 07101

NVP3HZN08017100

BINKO, GRIFFIN        08 16 1988   [X]   BINKO, GRIFFIN

9 SMITHVILLE ROAD        [X]        9 SMITHVILLE ROAD

HEWITT              NJ              HEWITT                    NJ

07421      1973 8537943              07421        973 8537943

NONE

22099 HORIZON

SIGNATURE ON FILE        07/01/10        SIGNATURE ON FILE

1G

RICK O LAMBERT MD              1891739421

RICK O. LAMBERT MD

738 6                   722 10

718 45                  724 4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07 08 10 | 07 08 10 | 24 | 27194 | 62 | 1 2 3 4 | 2500 00 1 | 1891739421 |
| 07 08 10 | 07 08 10 | 24 | 22505 | 62 | 1 2 3 4 | 2200 00 1 | 1891739421 |
| 07 09 10 | 07 09 10 | 24 | 27194 | 62 | 1 2 3 4 | 2500 00 1 | 1891739421 |
| 07 09 10 | 07 09 10 | 24 | 22505 | 62 | 1 2 3 4 | 2200 00 1 | 1891739421 |
| 07 10 10 | 07 10 10 | 24 | 27194 | 62 | 1 2 3 4 | 2500 00 1 | 1891739421 |
| 07 10 10 | 07 10 10 | 24 | 22505 | 62 | 1 2 3 4 | 2200 00 1 | 1891739421 |

263205753        X    BINGR000      480 X            14100.00        14100.00
                                                                201 3918282

MONTVALE SURGICAL CENTER        RICK O LAMBERT MD
6 CHESTNUT RIDGE ROAD           10 SHIELD DRIVE
MONTVALE NJ 07645               WOODCLIFF LAKE, NJ 07677

RICK O. LAMBERT MD                   1891739421
        07/26/10

07/15/2010   08:15   KX5050                                          (FAX)2013914701          P.004/023

## Montvale Surgical Center

MUA SUPER BILL SUMMARY
PROCEDURE

Surgeon _____    Co-Surgeon  Wolf

MRN:00007115 DOS:07/09/10
BINKO, GRIFFIN
DOB:08/16/88 AGE:21 Y
DR:LAMBERT, RICK

7-8, 9, 10 2010

| | SPINE | HIP | PELVIS | SHOULDER | ELBOW | WRIST | HAND | KNEE | ANKLE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 2 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 3 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 4 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 5 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 6 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |

## DIAGNOSIS

| SITE | PRIMARY Dx | SECONDARY Dx | TERTIARY Dx | QUADINARY Dx |
|---|---|---|---|---|
| 1 pelvis | 738.6 | 718.45 | | |
| 2 L-Spine | 722.10 | 724.7 | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

Binko000070

07/15/2010   08:16   KX5050                    (FAX)2013914701                    P.005/023

MRN:0000715 DOS:07/10/10
BINKO, GRIFFIN
DOB:08/16/88 AGE:21 Y
DR:LAMBERT, RICK

**MUA Progress Note Lumbar/Pelvis Spine**

| | Admitting Doctor | Surgeon | Co-Surgeon |
|---|---|---|---|
| Admitting Dx | | | |

| R.O.M/Lumbar | Left | Right | Left | Right | Left | Right |
|---|---|---|---|---|---|---|
| Pain 0/10 | < /10 | 4 /10 | /10 | /10 | /10 | /10 |
| Flexion | 40 60° | 60/120° | 60° | 120° | 60° | 120° |
| Extension | 20 /35° | 20 /35° | 35° | 15° | 35° | 15° |
| Right Flexion | 15 /25° | 30 /35° | 25° | 35° | 25° | 35° |
| Left Flexion | 20 /25° | 35 /40° | 25° | 40° | 25° | 40° |
| Right Rotation | /30° | 40 /45° | 45° | 45° | 45° | 45° |
| Left Rotation | /30° | 30 /30° | 30° | 30° | 30° | 30° |

| R.O.M/Hip | Left | Right | Left | Right | Left | Right |
|---|---|---|---|---|---|---|
| Pain 0/10 V.A.S. | Neg Pos 25 | Neg Pos 15 | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Flexion | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Extension | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| External Rot | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Internal Rot | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Abduction | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos | Neg Pos |
| Adduction | Absent Present | Absent Present | Absent Present | Absent Present | Absent Present | Absent Present |

| Tests | Left | Right | Left | Right | Left | Right |
|---|---|---|---|---|---|---|
| SLR | | | | | | |
| Patrics | | | | | | |
| Ganzslen | | | | | | |
| Trendelenburg | | | | | | |
| Valsalva's | | | | | | |
| D/TR | | | | | | |
| Myotome | | | | | | |
| Derm | | | | | | |
| Trigger Points | | | | | | |
| Change in ROM | N/A Day 1 | N/A Day 1 | Same | Better | Same |
| Change in Pain | N/A Day 1 | N/A Day 1 | Same | Better | Worse |
| Change in Tests | N/A Day 1 | N/A Day 1 | Same | Worse | Same |

Binko000071

# In-Balance Health LLC
### 8 Chestnut Ridge Road
### Montvale NJ 07645
### · Rick Lambert MD

## Patient Consultation Note

6/30/10
Date of service

GRIFFIN BINKO
Patient Name

8/16/88
DOB

Social Security #

Ins. ID Number

### Chief Complaint

21 y.o. *[handwritten clinical notes, largely illegible]*

Binko000072

07/15/2010   08:17   KX5050                                (FAX)20139147011              P.007/023

Griffin Binko _____ consultation con't   6-30-10

## Past Medical History

(-) diabetes  (-) hypertension  (-) asthma  (-) hypercholesterolemia  (-) heart Dx

_____ ⊖ _____

**Surgeries**

1. _____ ⊖ _____

2. _____

3. _____

4. _____

**List of Medications**

1. _Aleve prn_____

2. _____

3. _____

4. _____

**Known Allergies**

_____NKDA_____

_____

## Social History/Work Status

Orientation      (x 3)  Date  Time  Current Events  Common Knowledge

Speech           (WNL) Depressed  Anxious  Angry  Pain

Work Status      (Employed) Disabled  Temporary  Permanent  Partial  Total

Marital Status   (Single) Married  Divorced  Separated  Widowed

A.D.L.           Difficulty sitting for long periods
                 works through pain

Binko000073

07/15/2010   08:17   KX5050                                    (FAX)2013914701            P.008/023

Griffin Binke ___ consultation con't ___ 6·30·10 ___

## Physical Examination

| 6'2" | 155 | m | 21 |
|------|-----|---|-----|
| Height | Weight | Gender | Age |

| 130/84 | 75 | Reg | 12 |
|--------|-----|-----|-----|
| B/P | Pulse Rate | Rythm | Resp. Rate |

**General Appearance** ___ WDWN WNM ___

**Skin :**   warm, dry   (-) cyanosis   (-) jaundice   (-) rash

___ WM ___

**HEENT :**   (-) conjunctival pallor   (-) icterus   (-) pharyngeal erythema

___ WM ___

**Neck:**   (-) thyromegaly   (-) Bruits   (-) lymphadenopathy   (-) other masses

___ WM ___

**Heart :**   (-) murmur   (-) irregularity   (-) gallop

___ WM ___

**Chest :**   (-)rales   (-)rhonchi   (-) wheezes; breath sounds equal bilaterally

___ WM ___

**Abdomen :**   (-) tenderness   (-) palpable masses   (-) CVA tenderness

___ WM ___

Binko000074

07/15/2010   08:18   KX5050                                          (FAX)2013914701                    P.009/023

Griffin Binko _____ consultation con't   6-30-10

## Examination of the Lumbar Spine, Pelvis and Hips

Palpation: Myofacial trigger points

(B) Q.L   (B) XX   TP's.

(B) Iliopsoas, TFL Glut. med.  TP's.

(L) SI  Tenderness

Gait:   (L) (R) Trendelenburg

Minor's sign    (Present)    Absent

## Range of Motion of the Lumbar Spine

Forward Flexion _40/60_  Right Side Flex _15/25_  right rotation ___/20  ↘ (L) Knees
Extension      _20/35_  Left Side Flex _20/25_  Left Rotation  ___/20  ↗ (R)

| Neurological Level | DERMATOME | | MYOTOME | | D.T.R | |
|---|---|---|---|---|---|---|
| | right | left | right | left | | |
| L3 | right | left | right | left | | |
| L4 | right | left | right | left | | |
| L5 | right | left | right | left | Patella  right 2  left 2 | |
| S1 | (right) ↓ | left | (right) 4/5 | left | Achilles  right 2  left 2 | |

Dermatomes; WNL=normal    (+)= hyper sensitive    (-)=hypo sensitive
Myotomes ;  5= normal, 4= mild weakness, 3=significant weakness, 2=can not resist
more than gravity, 0= no sign of contraction
Deep Tendon Reflexes;  2= normal, 3= hyper reflex, 1= diminished reflex, 0=absent

Binko000075

Griffin Binko _____ consultation con't   6·30·10

## Range of Motion of the Hips

(Right Hip)

Flexion _100_/120        Abduction _40_/45   Adduction _30·_/30
Extension _∅_/15  External rotation _30·35_  Internal Rotation _40·_/45

Left Hip _ωN_

Flexion ____/120        Abduction____/45   Adduction ____/30
Extension ____/15  External rotation ____/35   Internal Rotation ___/45

## Orthopedic Tests

**Straight Leg Raising**

  Right Leg Painful arc at:  45°

      0-35 degrees = suggests muscles of posterior thigh

      (35-70) degrees = Probable joint pain
      Bilateral straight leg raising painful = sacroiliac pathology     ε' LumBAR
                                                                        RmO. (P)

      70-90 degrees = sciatic root tension over intervertebral disc

      Contra-lateral SLR (-)

      Dorsiflexion of foot (-)

  Left Leg Painful arc at:  75°

      0-35 degrees = suggests muscles of posterior thigh

      (35-70) degrees = Probable joint pain
      Bilateral straight leg raising painful = sacroiliac pathology  ε' L R'
                                                                       (P)

      (70-90) degrees = = sciatic root tension over intervertebral disc

      Contra-lateral SLR (-)

      (Dorsiflexion of foot (-))      X neg contra kln SLR.

Binko000076

Griffin Binko _____ consultation con't    6·30·10

**Valsalva's Sign** for nerve root irritation      Absent    (Present)

**Gapping Test** for sprain/strain of the anterior sacroiliac ligament
(-) RT    (-) LT

**Approximation Test** for sprain/strain of the sacroiliac joint and/or the posterior sacroiliac ligament (-) RT    (-) LT

**Iliac Compression Test** indicating posterior sacroiliac ligament sprain
(+) RT    (-) LT

**Sacroiliac Rocking Test** (-) RT  (-)LT  for posterior sacroiliac joint

                    (-) RT  (-) LT for iliopsoas pathology

**Trendelenburg's Test** for pelvic instability and muscle weakness
(+) RT    (-) LT

**Gaenslen Test** for SI joint pathology, hip pathology and L4 nerve root irritation.  (+) RT  (-) LT _____

**Adduction contracture test/Abduction contracture test;**
ASIS angle is = 90 degrees    WNL
ASIS angle is < 90 degrees    contracture of adduction muscles confirmed
ASIS angle is > 90 degrees    contracture of abduction muscles confirmed

**Thomas Test** for hip flexion contraction    (-) RT    (-) LT

**Rectus Femoris Contracture; Ely's Test** (-)RT    (-) LT

**Ober's Test** for contracture of tensor fasciae latae (+) RT    (-) LT

**Hamstring Contracture Test** (-) RT    (-) LT

**Patrick's Test** for hip pathology    (-) RT    (-) LT

**Patrick's Test** for Iliopsoas contracture  (+) RT    (-) LT

07/15/2010   08:19  KX5050                                    (FAX)2013914701        P.012/023

Griffin Binko _____ consultation con't   6-30-10

## CONCLUSION / MEDICAL NECESSITY

- Condition is chronic for 12 months.
- Condition is recalcitrant to conservative Cmt/PT / Ct meds.
- Condition continues to regress c ↓ R.om + ↑ CO
  & contractures.
- Condition impairs ADL.
- Manipulation Under Anesthesia x 3 sessions of
  pelvis & low back is indicated to break down
  adhesions & release contracture.
- Goal.
  - decrease CO.
  - increase R.O.M.
  - decompress L-spine by release of contracture
    significant + reverse sublexhyopathy.

Date  6/30/10

Rick Lambert, MD
M.U.A Specialist

### Montvale
**Surgical Center**
8 Chestnut Ridge Road Montvale NJ, 07645
Tel (201) 391-4700

OPERATIVE REPORT
Day 1 of 3

Patient Name: Griffin Binko
Date: July 8, 2010
Facility for Procedure: MSC

Primary Surgeon: Rick Lambert, MD
Assisting Surgeon: James Wolf, DC
Anesthesiologist: Carlos Frias, MD

Procedure Performed: 1. Manipulation Under Anesthesia of the sacrum/pelvis
                     2. Manipulation Under Anesthesia of the lumbar spine

Pre-operative Diagnosis:
1. 738.6   acquired pelvic obliquity
   718.4   contracture pelvis and thigh
2. 724.4   lumbar radiculopathy
   722.10  lumbar discopathy

Post-operative Diagnosis: Same: See progress report for work-up

**Procedure In Detail**
Patient was prepared in a pre-operative area with an IV line established for the administration of anesthesia. Having already been supine on a gurney, patient was wheeled in to the operating room. Patient was then prepared for monitoring by the anesthesiologist and OR nurse. MAC was induced and the patient was sufficiently sedated to start our procedure.
Manipulation of the Lumbar spine, sacrum, and pelvis: The patient was stabilized in the supine position. The right lower extremity was extended and stretched cephalad 3 times, increasing the amount of tension 5-10% each time by the primary doctor. The same was done to the left. The right lower extremity was then flexed at the hip/knee and then stretched cephalad/oblique/lateral by the primary doctor. Then the same was repeated to the left lower extremity by the assisting doctor. The bilateral lower extremities were then flexed at the hips and knees and a pelvic tilting motion was done cephalad, oblique, and laterally to the right leg by the primary doctor, then to the left by the assisting doctor.
The patient was then turned on her right side by the assisting doctor. The right lower extremity was extended and supported by the surgical nurse. The primary doctor then administered a mild manipulation to the L1-5/S1 area. The patient was then turned on the

Binko000079

07/15/2010   08:20   KX5050                                    (FAX)2013914701          P.014/023

left side and the same procedure was administered. Both the right and left sided manipulations elicited cavitations.

**Piriformis bow-string stretch:** With the patient in a side lying posture and following the adductor stretch, the patient's knee was held slightly past medial and the primary doctor contacted the knee with the hand. The force was applied toward the table with the help of the assisting surgeon and the piriformis muscle was then massaged. The force down the femur into the pelvic basin allowed for the relaxation of the piriformis muscle across the obturator foramina. With the assisting physicians stabilizing the pelvis and femoral head, the primary physician extended the right lower extremity in the sagital plane, and while applying the controlled traction radially stretched the peri-articular holding elements of the right hip by means of gradually describing approximately 30-35 degree horizontal arc. The lower extremity was then tractioned straight caudal and internal rotation was accomplished. Using traction the lower extremity was gradually stretched into a horizontal arc to approximately 30 degrees. This procedure was then repeated for the opposite side.

**Manipulation of the Hip:** The patient was maintained in a supine position. Patient's right hip was laterally flexed and supported by the primary doctor while the same hip was passively placed through all ranges of motion three times. Then the left hand of the primary doctor was placed slightly inferior and posterior to the hip joint on the femur and the hip was laterally flexed, and externally rotated, and a mild P-A thrust was applied eliciting a cavitation. The same procedure was repeated on the left side.

The MUA procedure was concluded at that point. Patient tolerated procedure very well and without incident. At the conclusion of the procedure, the patient was returned to the recovery room where proper monitoring equipment was utilized and was discharged in satisfactory condition as reported in the progress notes.

**Post-Operative Care Day One:**
The patient was advised to spend the remainder of the day relaxing and avoiding any work or exertion. There were no restrictions on diet. Patient was further advised to resume regular regimen of medication prescribed prior to the procedure. Because the patient is returning tomorrow, there will be no eating or drinking after ten p.m this evening.


Rick Lambert, MD
Certified: Manipulation Under Anesthesia



James Wolf, DC
Certified: Manipulation Under Anesthesia

2

Binko000080

821955 003442

07/15/2010   08:20   KX5050                    (FAX)2013914701         P.015/023

## Montvale
### Surgical Center
6 Chestnut Ridge Road Montvale NJ, 07645
Tel (201) 391-4700

### OPERATIVE REPORT
### Day 2 of 3

Patient Name: Griffin Binko
Date: July 9, 2010
Facility for Procedure: MSC

Primary Surgeon: Rick Lambert, MD
Assisting Surgeon: James Wolf, DC
Anesthesiologist: Elizabeth Krynske, MD

Procedure Performed: 1. Manipulation Under Anesthesia of the sacrum/pelvis
2. Manipulation Under Anesthesia of the lumbar spine

Pre-operative Diagnosis:
1. 738.6   acquired pelvic obliquity
   718.4   contracture pelvis and thigh
2. 724.4   lumbar radiculopathy
   722.10  lumbar discopathy

Post-operative Diagnosis: Same: See progress report for work-up

### Procedure in Detail
Patient was prepared in a pre-operative area with an IV line established for the administration of anesthesia. Having already been supine on a gurney, patient was wheeled in to the operating room. Patient was then prepared for monitoring by the anesthesiologist and OR nurse. MAC was induced and the patient was sufficiently sedated to start our procedure.
Manipulation of the Lumbar spine, sacrum, and pelvis: The patient was stabilized in the supine position. The right lower extremity was extended and stretched cephalad 3 times, increasing the amount of tension 5-10% each time by the primary doctor. The same was done to the left. The right lower extremity was then flexed at the hip/knee and then stretched cephalad/oblique/lateral by the primary doctor. Then the same was repeated to the left lower extremity by the assisting doctor. The bilateral lower extremities were then flexed at the hips and knees and a pelvic tilting motion was done cephalad, oblique, and laterally to the right leg by the primary doctor, then to the left by the assisting doctor.
The patient was then turned on her right side by the assisting doctor. The right lower extremity was extended and supported by the surgical nurse. The primary doctor then administered a mild manipulation to the L1-5/S1 area. The patient was then turned on the

P.004

Binko000081

left side and the same procedure was administered. Both the right and left sided manipulations elicited cavitations.

**Piriformis bow-string stretch:** With the patient in a side lying posture and following the adductor stretch, the patient's knee was held slightly past medial and the primary doctor contacted the knee with the hand. The force was applied toward the table with the help of the assisting surgeon and the piriformis muscle was then massaged. The force down the femur into the pelvic basin allowed for the relaxation of the piriformis muscle across the obturator foramina. With the assisting physicians stabilizing the pelvis and femoral head, the primary physician extended the right lower extremity in the sagital plane, and while applying the controlled traction radially stretched the peri-articular holding elements of the right hip by means of gradually describing approximately 30-35 degree horizontal arc. The lower extremity was then tractioned straight caudal and internal rotation was accomplished. Using traction the lower extremity was gradually stretched into a horizontal arc to approximately 30 degrees. This procedure was then repeated for the opposite side.

**Manipulation of the Hips:** The patient was maintained in a supine position. Patient's right hip was laterally flexed and supported by the primary doctor while the same hip was passively placed through all ranges of motion three times. Then the left hand of the primary doctor was placed slightly inferior and posterior to the hip joint on the femur and the hip was laterally flexed, and externally rotated, and a mild P-A thrust was applied eliciting a cavitation. The same procedure was repeated on the left side.

The MUA procedure was concluded at that point. Patient tolerated procedure very well and without incident. At the conclusion of the procedure, the patient was returned to the recovery room where proper monitoring equipment was utilized and was discharged in satisfactory condition as reported in the progress notes.

**Post-Operative Care Day Two:**
The patient was advised to spend the remainder of the day relaxing and avoiding any work or exertion. There were no restrictions on diet. Patient was further advised to resume regular regimen of medication prescribed prior to the procedure. Because the patient is returning tomorrow, there will be no eating or drinking after ten p.m this evening.


Rick Lambert, MD
Certified: Manipulation Under Anesthesia



James Wolf, DC
Certified: Manipulation Under Anesthesia

2

Binko000082

left side and the same procedure was administered. Both the right and left sided manipulations elicited cavitations.

**Piriformis bow-string stretch:** With the patient in a side lying posture and following the adductor stretch, the patient's knee was held slightly past medial and the primary doctor contacted the knee with the hand. The force was applied toward the table with the help of the assisting surgeon and the piriformis muscle was then massaged. The force down the femur into the pelvic basin allowed for the relaxation of the piriformis muscle across the obturator foramina. With the assisting physicians stabilizing the pelvis and femoral head, the primary physician extended the right lower extremity in the sagital plane, and while applying the controlled traction radially stretched the peri-articular holding elements of the right hip by means of gradually describing approximately 30-35 degree horizontal arc. The lower extremity was then tractioned straight caudal and internal rotation was accomplished. Using traction the lower extremity was gradually stretched into a horizontal arc to approximately 30 degrees. This procedure was then repeated for the opposite side.

**Manipulation of the Hips:** The patient was maintained in a supine position. Patient's right hip was laterally flexed and supported by the primary doctor while the same hip was passively placed through all ranges of motion three times. Then the left hand of the primary doctor was placed slightly inferior and posterior to the hip joint on the femur and the hip was laterally flexed, and externally rotated, and a mild P-A thrust was applied eliciting a cavitation. The same procedure was repeated on the left side.

The MUA procedure was concluded at that point. Patient tolerated procedure very well and without incident. At the conclusion of the procedure, the patient was returned to the recovery room where proper monitoring equipment was utilized and was discharged in satisfactory condition as reported in the progress notes.

**Post-Operative Care Day Three:**
The patient was advised to spend the remainder of the day relaxing and avoiding any work or exertion. There were no restrictions on diet. Patient was further advised to resume regular regimen of medication prescribed prior to the procedure.


Rick Lambert, MD
Certified: Manipulation Under Anesthesia


James Wolf, DC
Certified: Manipulation Under Anesthesia

2

Binko000083

07/15/2010   08:22   KX5050          (FAX)20013914701          P.018/023

## Montvale Surgical Center

Surgeon _____

Co-Surgeon _____

### MUA SUPER BILL SUMMARY PROCEDURE

MRN:000715 DOS:07/09/10.0
BINKO CRISTEN
DOB:08/16/88 AGE:21 Y
DR:LAMBERT, RICK

| | SPINE | HIP | PELVIS | SHOULDER | ELBOW | WRIST | HAND | KNEE | ANKLE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 22505 | 27275 | (27194) | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 2 | (22505) | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 3 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 4 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 5 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 6 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |

### DIAGNOSIS

| | SITE | PRIMARY Dx | SECONDARY Dx | TERTIARY Dx | QUADRINARY Dx |
|---|---|---|---|---|---|
| 1 | Pelvis | 738.6 | 719.45 | | |
| 2 | L-Spine | 722.10 | 724.9 | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

RX Date/Time        07/12/2010    12:06                                        P.008

Binko000084

621093 003442
07/15/2010   08:23  KX5050                                    (FAX)2013914701 |          P.019/023

Montvale S...gical Center

Surgeon  _____    Co-Surgeon  _____

MRN:0000715 DOS:07/10/10
BINKO, GRIFFIN
DOB:08/16/88 AGE:21 Y
DR:LAMBERT, RICE

## MUA SUPER BILL SUMMARY
### PROCEDURE

| | SPINE | HIP | PELVIS | SHOULDER | ELBOW | WRIST | HAND | KNEE | ANKLE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 2 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 3 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 4 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 5 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |
| 6 | 22505 | 27275 | 27194 | 23700 | 24300 | 23259 | 21073 | 27570 | 27860 |

### DIAGNOSIS

| | SITE | PRIMARY Dx | SECONDARY Dx | TERTIARY Dx | QUADINARY Dx |
|---|---|---|---|---|---|
| 1 | Pelvis | 7.38.6 | 718.45 | | |
| 2 | L-Spine | 722.10 | 724.4 | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

Binko000085

07/15/2010   08:23  KX5050                                    (FAX)2013914701          P.020/023

Admitting Doctor

Surgeon — DICK LAMBERT MD

Co-Surgeon — James W. DC

MUA Progress Note Lumbar/Pelvis Spine

MRN: 0000715  DOS: 07/10/10
BINKO  GRIFFIN
DOB: 08/16/88  AGE: 21 Y
DR: LAMBERT RICK

Admitting Dx _____

| R.O.M./Lumbar | Date 7.20.10 | | Date 7.22.10 | | Date | | Date | |
|---|---|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right | Left | Right |
| Pain 0/10 | 5 /10 | 4 /10 | /10 | /10 | | | /10 | /10 |
| Flexion | 40/100° | 100/120° | /120° | /120° | | | /120° | /120° |
| Extension | 20 /25° | 8 /15° | 15° | 15° | | | 15° | 15° |
| Right Flexion | 15 /25° | 30 /35° | 05° | 05° | | | 05° | 05° |
| Left Flexion | 20 /25° | 35 /40° | 40° | 40° | | | 40° | 40° |
| Right Rotation | /25° | 40 /45° | 45° | 45° | | | 45° | 45° |
| Left Rotation | /25° | 30 /35° | 30° | 30° | | | 30° | 30° |

| R.O.M./Hip | Left | Right | Left | Right | Left | Right | Left | Right |
|---|---|---|---|---|---|---|---|---|
| Pain 0/10 V.A.S. | /10 | /10 | /10 | /10 | | | /10 | /10 |
| Flexion | /120° | /120° | /120° | /120° | | | /120° | /120° |
| Extension | 15° | 15° | 15° | 15° | | | 15° | 15° |
| Internal Rot | 05° | 05° | 05° | 05° | | | 05° | 05° |
| External Rot | 40° | 40° | 40° | 40° | | | 40° | 40° |
| Abduction | 45° | 45° | 45° | 45° | | | 45° | 45° |
| Adduction | 30° | 30° | 30° | 30° | | | 30° | 30° |

| Tests | Left | Right | Left | Right | Left | Right | Left | Right |
|---|---|---|---|---|---|---|---|---|
| SLR | Neg Pos | Neg Pos | Neg Pos | Neg Pos | | | Neg Pos | Neg Pos |
| Patricks | Neg Pos | Neg Pos | Neg Pos | Neg Pos | | | Neg Pos | Neg Pos |
| Gaenslen | Neg Pos | Neg Pos | Neg Pos | Neg Pos | | | Neg Pos | Neg Pos |
| Trendelenburg | Neg Pos | Neg Pos | Neg Pos | Neg Pos | | | Neg Pos | Neg Pos |
| Valsalva's | Absent Present | Absent Present | Absent Present | Absent Present | | | Absent Present | Absent Present |
| DTR | +2 = ②/L/E |  |  |  | | | | |
| Myotome | S1 4/L/(G) |  |  |  | | | | |
| Derm | S1 √/L/(G) |  |  |  | | | | |
| Trigger Points | ② Q.L  ② Pelvis Girdle | | Same Better Worse | Same Better Worse | | | Same Better Worse | Same Better Worse |
| Change in ROM | N/A Day 1 |  | Same Better Worse |  | | | Same Better Worse | |
| Change in Pain | N/A Day 1 |  | Some Better Worse |  | | | Some Better Worse | |
| Change in Tests | N/A Day 1 |  |  |  | | | | |

Binko000086

621863 004442

**MRN:0000715 DOS:07/10/10**
**BINKO, GRIFFIN**
**DOB:08/16/88 AGE:21 Y**
**DR:LAMBERT, RICK**

Admitting Doctor

Surgeon: RICK LAMBERT MD     Co-Surgeon w/ DC

MUA Progress Note Lumbar/Pelvis Spine

Admitting Dx:

| R.O.M./Lumbar | Date 7-36-6 7-22-10 | | Date | | | Date | | |
|---|---|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | | Left | Right | |
| Pain C/O | 5 /10 | /10 | /10 | /10 | | /10 | /10 | |
| Flexion | 40 60° | 40 60° | 60° | 60° | | 60° | 60° | |
| Extension | 20 25° | 20 25° | 25° | 25° | | 25° | 25° | |
| Right Flexion | 15 25° | 15 25° | 25° | 25° | | 25° | 25° | |
| Left Flexion | 20 25° | 20 25° | 25° | 25° | | 25° | 25° | |
| Right Rotation | 20° 7 60 Deg-es | 60° | 60° | 60° | | 60° | 60° | |
| Left Rotation | 60° 7 60 | 60° | 60° | 60° | | 60° | 60° | |
| R.O.M./Hip | Left | Right | Left | Right | | Left | Right | |
| Pain p/10 V.A.S. | /10 | 7 /10 | /10 | /10 | | /10 | /10 | |
| Flexion | 120° | 100/120° | 120° | 120° | | 120° | 120° | |
| Extension | 15° | 6 15° | 15° | 15° | | 15° | 15° | |
| External Rot | 35° | 30 35° | 35° | 35° | | 35° | 35° | |
| Internal Rot | 40° | 30 40° | 40° | 40° | | 40° | 40° | |
| Abduction | 45° | 40 45° | 45° | 45° | | 45° | 45° | |
| Adduction | 30° | 20 30° | 30° | 30° | | 30° | 30° | |
| Tone | Left | Right | Left | Right | | Left | Right | |
| SLR | Neg Pos | Neg Pos 15 | Neg Pos | Neg Pos | | Neg Pos | Neg Pos | |
| Patrick's | Neg Pos | Neg Pos | Neg Pos | Neg Pos | | Neg Pos | Neg Pos | |
| Obenstein | Neg Pos | Neg Pos | Neg Pos | Neg Pos | | Neg Pos | Neg Pos | |
| Trendelenburg | Neg Pos | Neg Pos | Neg Pos | Neg Pos | | Neg Pos | Neg Pos | |
| Valsalva's | Absent Present | Absent Present | Absent Present | Absent Present | | Absent Present | Absent Present | |
| DTR | 7-2=0/10E | | | | | | | |
| Myotome | S1 45° | | | | | | | |
| Derm | S1 45° | | | | | | | |
| Trigger Points | (R) 0.1 Relevic Girdle | | | | | | | |
| Change in ROM | N/A Day 1 | | Same | Same | | Same | Same | |
| Change in Pain | N/A Day 1 | | Better | Better | | Better | Better | |
| Change in Tests | N/A Day 1 | | Worse | Worse | | Worse | Worse | |

Binko000087

621003.001442

07/15/2010   08:24  KX5050                                      (FAX)2013914701                P.022/023

Griffin Binko         consultation con't    6·30-10

## Review of Medical Records

MRI LUMBAR SPINE (1/5/10):
   (R) HERNIATED DISC L5-S1 COMPRESSING
   (R) S1 NERVE ROOT + THECAL SAC

EMG (3/26/10):
   c/w (R) S1 radiculopathy

Binko000088

621001.001442

Griffin Binke   consultation con't   6.30.10

**Review of Systems:** other than the symptoms associated with the present events, the following is reported with regard to recent health.

**General**        (-) fever    (-) weight loss   (-) fatigue

**EENT**        (-) congestion   (-) headaches   (-) visual problems   (-) sore throat

**Cardiovascular** (-) chest Pain   (-) claudication   (-) palpitations

**Pulmonary**      (-) cough   (-) dyspnea   (-) ankle edema

**GI**        (-) abdominal pain   (-) n/v   (-) diarrhea   (-) constipation   (-) bleeding

**GU**        (-) dysuria   (-) hematuria

**Neuro**        (+) local weakness   (-) memory loss   (+) numbness

**Musculo/Skeletal**   (-) joint pain   (+) stiffness   (-) joint swelling

**Psych**        (-) emotional stress   (-) depression   (-) anxiety   (+) insomnia

Binko000089

831005.001442

**RECEIVED**
**HORIZON BCBSNJ-OSC**

**JAN 3 2011**

## CERTIFIED MAIL

Binko000090

# EXHIBIT C

621003.001442

 

**Horizon**

Horizon Blue Cross Blue Shield of New Jersey

*Making Healthcare Work...*
November 3, 2010

GRIFFIN BINKO
9 SMITHVILLE ROAD
HEWITT NJ 07421

Dear Mr. Binko:

Re: Griffin Binko
ID: 3HZN08017100
Plan: ASC
Date(s) of Service: 7/8/10, 7/9/10 & 7/10/10
Physician: In Balance Health
Claim: 20101970218000 /multi

The medical documentation submitted for the above services has been reviewed by Horizon Medical Director, John Napoli, M.D.. After consideration of all the information provided, it has been determined that medical necessity is not established.

This determination is based on the following:

"CPT code 22505 is denied for all dates of service. Manipulation of the spine under anesthesia is investigational." (Horizon BCBSNJ Medical Policy # 079; and investigational services are an exclusion in the contract benefits.)

"CPT code 27194 denied for all dates of service. The documentation provided does not support the medical necessity for this procedure."

Your plan only provides coverage for services deemed by us to be medically necessary and appropriate.

Additional medical records or other documentation that clearly establish the medical necessity for these services should be submitted in order for us to reconsider this determination.

If you disagree with this decision, you, your physician other authorized representative have the right to appeal on the members behalf. For information on our appeal process and what further rights you may have, please refer to the enclosure included with this determination letter. In your particular case, rather than the address noted on the brochure, please submit your appeal directly to:

> Horizon Blue Cross Blue Shield of New Jersey
> Penn Plaza, Mail Station PP-14T
> Newark, New Jersey 07105-2200
> Attn: Clinical Analysis and Monitoring Unit

Thank you for your cooperation.

Sincerely,

Clinical Analysis and Monitoring Unit
Health Affairs

Enclosure